**IT IS ORDERED as set forth below:**



**Date: June 26, 2024**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| VINSON JERMAINE FRALEY, SR. | { | CASE NO. A24-53705-JRS |
| DEBTOR | { | |
| | { | |

### ORDER DENYING CONFIRMATION
### AND CONVERTING CASE TO ONE UNDER CHAPTER 7

On June 25, 2024, the Court held a hearing on Confirmation of the Debtor's plan. The Trustee objected to the confirmation of this case. Present at the hearing were the Debtor, counsel for Credit Union Loan Source and counsel for the Chapter 13 Trustee.

Judge Sacca heard the matter and sustained the Trustee's objections. After review of the

record and for good cause as stated on the record, **IT IS HEREBY**

**ORDERED,** that confirmation of the Debtor's Chapter 13 plan is **DENIED**.

**IT IS FURTHER ORDERED**, that the above-styled Chapter 13 case is hereby **CONVERTED** to a Chapter 7 proceeding pursuant to 11 U.S.C. Section 1307(c). All conversion fees are hereby waived.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

### END OF DOCUMENT

Presented by:

____/s/_____
Lisa Boardman Burnette
Attorney for Chapter 13 Trustee
GA Bar No. 096192
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
678.992.1201
lburnette@njwtrustee.com

### DISTRIBUTION LIST

**Case No.: A24-53705-JRS**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**