This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 7/2/2024 at 9:05 AM EDT and filed on 7/1/2024
Case Name:           Fraley v. Whaley
Case Number:         1:24-cv-02916-MLB
Filer:               Vinson Jermaine Fraley, Sr
Document Number: 1

Docket Text:
**Bankruptcy Notice of Appeal, USBC Case#: 24-53705-jrs. Notice of Appeal filed 6/28/2024 from Order entered 6/27/2024 by Appellant Vinson Jermaine Fraley, Sr. Fee Paid: No. filed by Vinson Jermaine Fraley, Sr. (Attachments: # (1) Notice of Appeal, # (2) Order, # (3) Docket Sheet)(jbu) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form.**


1:24-cv-02916-MLB Notice has been electronically mailed to:

Lisa Boardman Burnette    lburnette@rbspg.com

1:24-cv-02916-MLB Notice has been delivered by other means to:

Vinson Jermaine Fraley, Sr
3641 Travelers Court
Snellville, GA 30039

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=7/2/2024] [FileNumber=14130169-0
] [31d59cb55813b19d9f5d906146dbb0d470e939053786fc5759725d9f39c48e5a3b4
aac6415a5cce62484ec0e2ec467fe857e782da111f6a23d47c10d62723cd2]]
Document description: Notice of Appeal
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=7/2/2024] [FileNumber=14130169-1
] [7190385b8af3ae02d0de784ca668ea2793dd1e7362565c14522b35403424e819660
b13466fc2106542435a8402947f7b1caa8c6762017421c4ef961d18c810f2]]
Document description: Order
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=7/2/2024] [FileNumber=14130169-2
] [9c1e36af2424c30b087eab0da6e57940ca1d03f14b92830cca03c6e8740583f189b
6a08cb0ef7a905a0e146a914c7c656655dc5f3e202414f299a7dd69417dfc]]
Document description: Docket Sheet
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=7/2/2024] [FileNumber=14130169-3
] [31705c8892865036ef9aadcbfdcc60f0c18994c98ab7878dc5fef2489b8da21506d
4dcbd8c632b8b39f8cb7f1748db9117c197aa8e9d7a5d691f8313ff4b8ab5]]