**IT IS ORDERED as set forth below:**

**Date: August 14, 2024**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **VINSON JERMAINE FRALEY,** | ) | **Case No. 24-53705-JRS** |
| | ) | |
| **Debtor.** | ) | **Judge Sacca** |
| | ) | |

**ORDER**

Before the Court is Debtor's Motion to Seal Records (the "Motion") filed on August 1, 2024 [Doc. 85]. The Motion requests that the Court seal the following records: Birth Certificate; Cusip Numbers and all derivatives accounts associated with the same. The Court has reviewed the record and can find no such documents filed in this case. The Court is aware of the sensitive nature of such information and therefore will allow the Debtor to file a written pleading providing with specificity the document(s) to be placed under seal and its/their location(s) on the docket (i.e., the docket numbers for each document). Upon receipt of such pleading, the Court will enter a separate order addressing the same. Accordingly, it is

**ORDERED** that the Motion (Doc. 85) is **DENIED WITHOUT PREJUDICE** as provided above.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

**End of Order**