**IT IS ORDERED as set forth below:**

**Date: August 22, 2024**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **VINSON JERMAINE FRALEY,** | ) | **Case No. 24-53705-JRS** |
| | ) | |
| **Debtor.** | ) | **Judge Sacca** |
| | ) | |

**ORDER**

Before the Court is Debtor's Motion to Dismiss Chapter 7 Case (the "Motion") filed on July 29, 2024 [Doc. 75]. A hearing on the Motion was held on August 20, 2024 (the "Hearing"). After review of all relevant matters of record, and for the reasons set forth on the record at the Hearing, it is

**ORDERED** that the Motion (Doc. 75) is **DENIED**.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

**End of Order**