**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: Vinson Jermaine Fraley, Sr.
*aka* Vinson Jermaine Fraley

Debtor(s).

Case No.: 24-53705-jrs

Chapter 7

**NOTICE OF APPEARANCE**

**COMES NOW** Alexa Stinson, of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as successor in interest to Bank of America National Association, successor by merger to LaSalle Bank National Association, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Respectfully submitted,

/s/ Alexa Stinson
Alexa Stinson
Georgia Bar # 164731
PADGETT LAW GROUP
6267 Old Water Oak Rd., Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Alexa.Stinson@Padgettlawgroup.com
*Attorney for Creditor*

**CERTIFICATE OF SERVICE**

I, hereby certify that on June 19, 2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail
Vinson Jermaine Fraley, Sr.
3641 Travelers Court
Snellville, GA 30039

By Electronic Mail
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

/s/ Alexa Stinson
Alexa Stinson