FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 JUL 29 P 2:04

VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

**Fill in this information to identify your case and this filing:**

Debtor 1: VINSON JERMAINE FRALEY SR.
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 24-53705-JRS

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. 3641 Travelers Court
Street address, if available, or other description

Snellville, GA 30039
City / State / ZIP Code

Gwinnett
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other TRUST RES

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

N/A Debtor HAS NO INTEREST

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 410,600.00
**Current value of the portion you own?** $ 0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** CONVEYED ALL INTEREST

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 2024-001565

If you own or have more than one, list here:

1.2. 1240 ROLLING LANE
Street address, if available, or other description

Statesville, NC 28677
City / State / ZIP Code

IREDELL
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other TRUST RES

N/A Debtor HAS NO INTEREST

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 120,100.00
**Current value of the portion you own?** $ 0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** CONVEYED ALL INTEREST

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 2024094397

Debtor 1 VINSON J. FRALEY SR. First Name Middle Name Last Name — Case number (if known) 24-53705-JRS

1.3. LOT 1-4 MONROE STREET
Street address, if available, or other description

Statesville, NC 28677
City State ZIP Code

IREDELL
County

What is the property? Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other TRUST RES

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 10,000.00 | $ -0- |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. CONVEYED ALL INTEREST

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: 3624 094397

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ➔ $______

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☑ No
- ☐ Yes

3.1. Make: Infiniti
Model: QX60
Year: 2018
Approximate mileage: ______
Other information: CONVEYED ALL INTEREST TO THE VJF RVOC LIVING

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 56,615.00 | $ |

If you own or have more than one, describe here:

3.2. Make: Toyota
Model: Camry
Year: 2022
Approximate mileage: ______
Other information: CONVEYED ALL INTEREST TO THE VJF RVOC LIVING

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 42,000.00 | $ |

3.3. Make: HONDA
Model: ACCORD
Year: 2007
Approximate mileage: ________
Other information:
CONVEYED ALL INTEREST TO THE VJF RVOC LIVING

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

3.4. Make: CHEVROLET
Model: AVALANCHE
Year: 2005
Approximate mileage: ________
Other information:
CONVEYED ALL INTEREST TO THE VJF RVOC LIVING

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☒ No
- ☐ Yes

4.1. Make: N/A
Model: ________
Year: ________
Other information:
N/A

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ -0- | $ |

If you own or have more than one, list here:

4.2. Make: N/A
Model: ________
Year: ________
Other information:
N/A

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ -0- | $ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............ → $ 0.00

Debtor 1 J. FRALEY SR. Case number (if known) 24-53705-JRS
First Name Middle Name Last Name

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples*: Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe......... Refrigerator, couch, beds, washer/dryer, stove — $ 5000.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe......... TV'S, Printer — $ 400.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe......... N/A — $ 0.00

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe......... N/A — $ 0.00

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☑ Yes. Describe......... Pistol, Shotguns — $ 600.00

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☑ No
☐ Yes. Describe......... N/A — $

12. **Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☑ No
☐ Yes. Describe......... N/A — $

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes. Describe......... N/A — $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Give specific information. .............. N/A — $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ $ 6000.00

Debtor 1 VINSON JERMAINE FRANKS SR. (First Name / Middle Name / Last Name) Case number (if known) 24-53705-JRS

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes ............ Cash: ............ $ 200.00

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes ............

CONVEYED ALL INTEREST TO THE VJF RVOC LIVING TR

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | TRUIST Acct: 3924 | $ 400.00 |
| 17.2. Checking account: | TRUIST CHECKS # 1404-1440 | $ |
| 17.3. Savings account: | NAVY FEDERAL # 5455 | $ 0.00 |
| 17.4. Savings account: | NAVY FEDERAL # 0203 | $ 0.00 |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ............ Institution or issuer name:

| | |
|---|---|
| | $ -0- |
| | $ |
| | $ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them............

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ -0- |
| | 0% % | $ |
| | 0% % | $ |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them......................

| Issuer name: | |
|---|---|
| N/A | $ -0- |
| | $ |
| | $ |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.

ALL INTEREST CONVEYED TO THE VJF ROVOC LIVING TR

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | 401K AllState | $ 26,065.02 |
| Pension plan: | | $ |
| IRA: | | $ |
| Retirement account: | | $ |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes..........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | N/A | $ -0- |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| Rented furniture: | | $ |
| Other: | | $ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..........................

| Issuer name and description: | |
|---|---|
| N/A | $ -0- |
| | $ |
| | $ |

Debtor 1 VINSON JERMAINE FARLEY SR. Case number (if known) 24-53705-jRS
First Name Middle Name Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$ 0.00
$ 0.00
$ 0.00

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them.... N/A $ -0-

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them.... N/A $ -0-

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☒ Yes. Give specific information about them.... ADJUSTOR NO. 3473687 CONVEYED ALL INTEREST TO THE VJF RVOC LIVING $ -0-

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................... N/A

| | |
|---|---|
| Federal: | $ -0- |
| State: | $ -0- |
| Local: | $ -0- |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information............. N/A

| | |
|---|---|
| Alimony: | $ -0- |
| Maintenance: | $ -0- |
| Support: | $ -0- |
| Divorce settlement: | $ -0- |
| Property settlement: | $ -0- |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information.............. N/A $ -0-

Debtor 1 VINSON JERMAINE FRALEY SR. Case number (if known) 24-53705-JRS
First Name Middle Name Last Name

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes. Name the insurance company of each policy and list its value. ...

ALL INTEREST CONVEYED TO THE VJF RVOC LIVING TR

CONVEYED ALL INTEREST TO VJF RVOC LIVING TRUST

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Government Personal Mutual Life Ins | VJF Rvoc Living TR | $ 100,000.00 |
| | | $ |
| | | $ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information............. N/A $ -0-

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. .................... N/A $ -0-

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. .................... N/A $ -0-

35. **Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information........... N/A $ -0-

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................. ➔ $ 100,600.00

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe....... N/A $ -0-

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe....... N/A $ -0-

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe....... N/A $ -0-

41. **Inventory**

☒ No
☐ Yes. Describe....... N/A $ -0-

42. **Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| N/A | % | $ -0- |
| | % | $ |
| | % | $ |

43. **Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe........ N/A $ -0-

44. **Any business-related property you did not already list**

☒ No
☐ Yes. Give specific information .........

| | |
|---|---|
| N/A | $ -0- |
| | $ -0- |
| | $ -0- |
| | $ -0- |
| | $ -0- |
| | $ -0- |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .......... → $ 0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☒ No
☐ Yes........................ N/A $ -0-

Debtor 1 VINSON JERMAINE FRALEY JR. Case number (if known) 24-53705-JRS
First Name Middle Name Last Name

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific information. N/A $ -0-

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes N/A $ -0-

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes N/A $ -0-

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information. N/A $ -0-

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** → $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information. N/A

$ -0-
$ -0-
$ -0-

54. **Add the dollar value of all of your entries from Part 7. Write that number here** → $ 0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** → $ 322,600.00

56. **Part 2: Total vehicles, line 5** $ 93,615.00

57. **Part 3: Total personal and household items, line 15** $ 6000.00

58. **Part 4: Total financial assets, line 36** $ 126,665.02

59. **Part 5: Total business-related property, line 45** $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52** $ 0.00

61. **Part 7: Total other property not listed, line 54** + $ 0.00

62. **Total personal property.** Add lines 56 through 61. $ 548,280.02 Copy personal property total → + $ 548,280.02

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. $ 548,280.02

**Fill in this information to identify your case:**

Debtor 1: VINSON JERMAINE FRALEY SR. (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 24-53705-JRS

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: **Amount of claim** Do not deduct the value of collateral. | Column B: **Value of collateral that supports this claim** | Column C: **Unsecured portion** If any |
|---|---|---|---|
| 2.1 | $268,000.00 | $470,000.00 | $227,616.28 |
| 2.2 | $44,000.00 | $120,000.00 | $25,288.61 |

**2.1** VJF Network Rvoc living Trust (Creditor's Name)
P.O. Box 870302 (Number Street)
Stone Mountain GA 30087 (City State ZIP Code)

**Describe the property that secures the claim:** 2024-0015615 Conveyed All Interest to Trust Now Trust RES

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) Trust RES

**Date debt was incurred** 12/29/2017 **Last 4 digits of account number** RF 253 921 307 US

**2.2** VJF Network Rvoc LV Trust (Creditor's Name)
PO. Box 870302 (Number Street)
Stone Mtn GA 30087 (City State ZIP Code)

**Describe the property that secures the claim:** 2024 094397 Conveyed All Interest to Trust Now Trust RES

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) Trust RES

**Date debt was incurred** 09/12/2006 **Last 4 digits of account number** RF253 921 307 US

**Add the dollar value of your entries in Column A on this page. Write that number here:** $312,000

Debtor 1 VINSON JERMAINE FRALEY SR. (First Name, Middle Name, Last Name) Case number (if known) 24-53705-JRS

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| ☐ VJF Network Rvc Living TR<br>Creditor's Name<br>PO BOX 870302 (Number Street)<br>Stone Mountain, GA 30087 (City State ZIP Code)<br>**Who owes the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Date debt was incurred** 01/11/2022<br><br>**Describe the property that secures the claim:** VIN# 5N1DL0MN0JC524582<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☑ Other (including a right to offset) TRUST RES<br>**Last 4 digits of account number** RF 253921307 US | $ 51,615.00 | $ 5,465.00 | $ 30,979.72 |
| ☐ VJF Network Rvc Living TR<br>Creditor's Name<br>P.O. Box 870302 (Number Street)<br>Stone Mountain, GA. 30087 (City State ZIP Code)<br>**Who owes the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Date debt was incurred** 01/08/2022<br><br>**Describe the property that secures the claim:** VIN# 4T1C11BKXNU053802<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☑ Other (including a right to offset) TRUST RES<br>**Last 4 digits of account number** RF253921307 US | $ 42,000.00 | $ 42,000.00 | $ 23,696.96 |
| ☐ ____<br>Creditor's Name<br>Number Street<br>City State ZIP Code<br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Date debt was incurred** ____<br><br>**Describe the property that secures the claim:**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) ____<br>**Last 4 digits of account number** ___ ___ ___ ___ | $____ | $____ | $____ |

**Add the dollar value of your entries in Column A on this page. Write that number here:** $____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $____

Debtor 1 VINSON JERMAINE FRAZER SR. (First Name / Middle Name / Last Name) Case number (if known) 24-53705-JRS

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[X] THE Credit Union Loan Source dba CINCH Auto FINANCE
Name
Number Street
PO Box 58270
CARMEL, IN 46082
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** 1 0 4 2

CONVEYED TO THE VJF RVOC LIVING TR

[ ]
Name
Number Street
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** __ __ __ __

[ ]
Name
Number Street
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** __ __ __ __

[ ]
Name
Number Street
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** __ __ __ __

[ ]
Name
Number Street
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** __ __ __ __

[ ]
Name
Number Street
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** __ __ __ __

Print | Save As... | Add Attachment | Reset

Exhibit's For Schedule A/B And D

---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

EQUITY SIDE IN CHAMBERS

In re:

VINSON JERMAINE FRALEY, JR.

Debtor.

Case No.: 24-53705-JRS

Chapter: 7

---

AFFIDAVIT OF OWNERSHIP

(In the Nature of a Verified Equitable Claim)

No Jury Trial Demanded, Exclusive Equity

---

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the attached Affidavit of Ownership is submitted by the undersigned Affiant to memorialize and place upon the record his claimed equitable ownership interest in all property, assets, and rights of the Debtor's estate.

This affidavit is made under penalty of perjury and is supported by firsthand knowledge of the facts stated therein. This cover sheet is provided for identification and presented for notice purposes only and forms no independent cause of action.

---

AFFIANT:

VINSON JERMAINE FRALEY, a living man, sui juris, in propria persona, appearing specially and not generally, acting in his private capacity and not as a public officer, citizen, resident, or statutory creature. He is the Equitable Title Holder, Beneficiary, and Trustor of the VJR NETWORK RVOC LIVING ESTATE TRUST and all related trust instruments. He is not a "debtor" in the commercial sense. He has never appeared generally. He has never consented to the jurisdiction of the United States Bankruptcy Court for the Northern District of Georgia. All rights are reserved under the law of equity, the common law, and the Constitution of the United States.

---

# EXHIBIT A

## DESCRIPTION OF CONTENTS

| |
|---|
| **1. Trust Transfer Grant Deeds** |
| **2. Trust Amendment** |
| **3. Affidavit of Protective Trust Exemption and Non-Vesting Status** |
| **4. Certificate of Beneficial Ownership** |

This exhibit contains the above-listed documents and is submitted as **Exhibit A** for ease of reference.

Deed Book: 58168 Page: 00809
Filed and Recorded
12/16/2020 12:02:41 PM Pgs: 17
Richard T. Alexander Jr., Clerk of Superior Court
Gwinnett County, Georgia

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Vinson

3641 Travelers Court, Snellville, Georgia 30039

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# CERTIFICATE

Special Deposit
By: Vinson Fraley, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number: RF 253 921 307 US owed to:
VINSON FRALEY Living Estate Trust

# AMEND

SITUATED IN THE 4TH DISTRICT, COUNTY OF GWINNETT, STATE OF GEORGIA:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 336 OF THE 4TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 18, BLOCK A OF INNS BROOK WEST SUBDIVISION, UNIT TWO, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 35, PAGE 206, GWINNETT COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION. TAX ID NO. R4336 110

ADDRESS: 3641 TRAVELERS CT, SNELLVILLE, GA 30039

/S/ Vinson T. Fraley Sr.

Witness 1

Travis Fraley

Witness 2

State of Georgia )

) ss.

County of Gwinnett )

I have hereunto set my hand and seal of office on this 1 day of March, ~~2023~~ 2024 A.D. RP

Ravi Patel, Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
GWINNETT COUNTY, GEORGIA
01/17/2026

(Seal)




RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.






Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
F88008172N

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. Home and Land : Situated in the 4th District, County of Gwinnett, State of Georgia: All that tract or parcel of land lying and being in land lot 336 of the 4th District, Gwinnett County, Georgia, being lot 18, Block A of Inns Brook West Subdivision, Unit Two, as per plat thereof recorded in Plat Book 35, Page 206, Gwinnett County, Georgia records, which recorded plat is incorporated herein by reference and made a part of this description. Tax ID NO. R43366 110
B. Address : 3641 Travelers Court, Snellville, Georgia . 30039

Included herein in full and attached herewith by reference.

3/1/24 [signature]
Date Vinson Fraley, Grantor.

3/1/24 [signature]
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 2024.

Ravi Patel, Notary Public

Seal

[signature]
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA




RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.







Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
F88008172N

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. Home : Situated in the 4th District, County of Gwinnett, State of Georgia: All that tract or parcel of land lying and being in land lot 336 of the 4th District, Gwinnett County, Georgia, being lot 18, Block A of Inns Brook West Subdivision, Unit Two, as per plat thereof recorded in Plat Book 35, Page 206, Gwinnett County, Georgia records, which recorded plat is incorporated herein by reference and made a part of this description. Tax ID NO. R43366 110
B. Address : 3641 Travelers Court, Snellville, Georgia . 30039

Included herein in full and attached herewith by reference.

3/1/24 [signature]
Date Vinson Fraley, Grantor

3/1/24 [signature]
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 2024.

Ravi Patel, Notary Public

Seal

Ravi Patel
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA

2024094397 Deed Book 16243 Pg 2148
Filed and Recorded 11/25/2024 12:18:20 PM (Pg 1 of 1)
Connie Taylor
Clerk of Superior Court
Cobb County,GA




RECORDING/TRANSFER requested by: Vin

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Sr. Ttee
VJF NETWORK RVCO LIVING TRUST
3641 Traveler Court
Snellville, Georgia FRD 30039
The United States of America.







Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
C31723201B

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Sr Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley Sr., Grantee

The following described the Property/Trust Corpus, Section:

A. Amendment North Carolina General Warranty Deed: Parcel Identifier No. 4743-49-5749
Lot 65 ,Section 1. Rolling Hills Subdivision Book 10, Page 15 & Book 450 Pg 612

B. Amendment North Carolina General Warranty Deed: Parcel Identifier No. 4744-41-1634000
Lots ONE (1) TWO (2) THREE (3) FOUR (4) of JOHN M. SHARPES DIAMOND HILL PROPERTY
Book 1, Page 59 Recorded Book 2473 Page 278 Iredell County Registry

Included herein in full and attached herewith by reference

10/21/24 [signature]
Date Vinson J. Fraley Sr, Grantor

10/21/24 [signature]
Date Vinson J. Fraley Sr, Grantee/Trustee

**Verification and Acknowledgement**

United States of America )
State of Georgia ) s. a.
County of Gwinnett )

Before Me, on this day **Fraley Sr: Vinson J**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 21 day of Oct , 20 24

Ravi Patel , Notary Public

Seal
[signature]
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
GWINNETT COUNTY, GEORGIA

2026065944 Deed Book 16380 pg 1605
Filed and Recorded: 7/27/2026 5:34:00 PM
Connie Taylor
Clerk of Superior Court
Cobb County, Georgia

RECORDING/TRANSFER requested by: Vinson Jermaine Fraley Sr., Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Sr. Ttee
Vinson Jermaine Fraley Sr. Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.

Real Property/Res Number:
RR 253 921 307 US




Registered Warrant/Bond Number(s):
L 16437427 K



# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley Sr., upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Sr. Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley Sr., Grantee

The following described the Property/Trust Corpus, Section:

1) Acceptance of Certificate of Beneficial Ownership as Grantee: Deed Book: 62620 & Page:00800 - 00810
2) Civil Action No. 25-C-08962-S3
3) The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance Account Number XXX7042

Included herein in full and attached herewith by reference.

07-24-2026 DATE — Cynthia G Brown — Witness 1

July 08th 2027 — Vinson Fraley Sr — Date — Vinson Fraley Sr., Grantor.

07/24/2026 DATE — Travis Fraley — Witness 2

July 08th 2027 — Fraley Sr. Vinson — Date — Fraley Sr. Vinson, Grantee/Trustee

**Verification and Acknowledgement**

United States of America )
State of Georgia ) s. a.
County of Gwinnett/DeKalb )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV 1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 8th day of July, 20__

[signature] Notary Public

Seal

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

Notary Public

RECORDING/TRANSFER requested by:
Vinson Fraley Sr., Grantor

WHEN RECORDED MAIL TO:
Vinson Fraley Sr. Ttee
VJF NETWORK RVOC LIVING TRUST
3641 Travelers Court
Snellville, Georgia FRD 30039
The United States of America






Real Property/Res Number:
RE 253 921 307 US

Registered Warrant/Bond Number(s):
C 61400949 A

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Fraley Sr. upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below VJF IN REM PROPERTY TRUST, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the VJF IN REM PROPERTY TRUST, Grantee

The following described the Property/Trust Corpus, Section:

Included herein in full and attached herewith by reference.

A. CERTIFICATE OF BENEFICIAL OWNERSHIP ACCEPT OF BANKRUPTCY CASE # 24-53705-jrs AS GRANTEE DEED BOOK: 62660 PAGES: 00276- 00283

07/24/2026 [signature] Cynthia Y Brown
DATE WITNESS 1
07/24/2026 [signature] Bradley McCall
DATE WITNESS 2

07/24/2026 [signature]
Date Vinson Fraley Sr, Grantor.

07/24/2026 [signature]
Date Fraley, Vinson Sr, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) s. a.
**County of** DeKalb )

Before Me, on this day **Fraley: Vinson Sr.** known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience

Subscribed and affirmed before me on this 24 day of July, 20 26

[signature], Notary Public

Seal

[signature]
Notary Public

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

RECORDING/TRANSFER requested by:
Vinson J Fraley Sr, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Sr. Ttee
Vinson Jermaine Fraley Sr Living Estate Trust
3641 Travelers Court
Snellville, Georgia FRD 30039.
The United States of America.








Real Property/Res Number:
RE 253 921 307 US

Registered Warrant/Bond Number(s):
D 33352863 D

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson J. Fraley Sr, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to tne GRANTEE named and signed below VJF NETWORK RVOC LIVING TR, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the VJF NETWORK RVOC LIVING TR, Grantee

The following described the Property/Trust Corpus, Section:

A. LIFE INSURANCE COMPANY OF THE SOUTHWEST: POLICY# LS0748910- BJF
B. LIFE INSURANCE COMPANY OF THE SOUTHWEST: POLICY# LS716589300- TRF
C. LIFE INSURANCE COMPANY OF THE SOUTHWEST: POLICY# LS716588200- VJF.JR.
D. LIFE INSURANCE COMPANY OF THE SOUTHWEST: POLICY# LS075136200 – VJF.JR.
E. LIFE INSURANCE COMPANY OF THE SOUTHWEST: POLICY# LS074922900- TRF
F. GOVERNMENT PERSONNEL MUTUAL LIFE INSURANCE COMPANY: POLICY# 000832932 VJF SR.

Included herein in full and attached herewith by reference.

02/15/2026 ________ Witness 1
Date

02/15/2026 ________
Date Vinson Fraley, Grantor.

02-15-2026 Cynthia Y Brown
DATE WITNESS 2

**2026065944 Deed Book 16380 pg 1608**
**Connie Taylor**
**Clerk of Superior Court**
**Cobb County, Georgia**

02/15/2026 [signature]

Date Fraley, Vinson, Trustee/Grantee

Verification and Acknowledgement

**United States of America** )
**State of Georgia** ) s. a.
**County of Dekalb** )

Before Me, on this day **Fraley: Vinson** ,dba, Vinson J. Fraley Sr known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 15th day of February 2026

[signature] Notary Public

Seal

[signature]
Notary Public

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029




RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.






Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
B45202769F

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. All Grantor's reversionary interest.
B. All Grantor's remainderman interest.
C. All Grantor's interest arising from his signature.
D. All Grantor's interest arising from absolute deeds, mortgages, and the redemption rights therein.
E. All Grantor's interest arising from the formation of testamentary, resulting, constructive and express trusts.
F. All Grantor's interest in the name of Vinson Jermaine Fraley, or any derivations, or variations.
G. All Grantor's interest in the copyrights, service marks, trademarks, leaseholds, or land patents.

Included herein in full and attached herewith by reference.

3/1/24 [signature]
Date Vinson Fraley, Grantor.

3/1/24 [signature]
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 2024.

Ravi Patel, Notary Public

Seal
Ravi Patel
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2028
GWINNETT COUNTY, GEORGIA

Deed Book 16170 Pg 3162



RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.






Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
K02161563A

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. American Express Credit Card No. 61004
B. Navy Federal Credit Union Credit Card No. 2587
C. Navy Federal Credit Union Debit Card No. 8151
D. Truist Debit Card No. 6392
E. Peach State Credit Card No. 8841
F. First Premier Bank Credit Card No. 3603
G. Capital One Credit Card No. 4423
H. Belk Credit Card No. 3326
I. Havertys Credit Card No. 9247
J. Lowe's Credit Card No. 523929 5
K. Dillard's Credit Card No. 8065
L. Credit Care Card No. 3648
M. Navy Federal Business Debit Card No. 4852
N. AAA Premier Services Card No. 0117
O. Sams Club Card No. 8141 `

Included herein in full and attached herewith by reference.

3/1/24 [signature]
Date Vinson Fraley, Grantor.

Deed Book 61 ... 3 1 3 3

3/1/24 [signature]

Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) s. a.
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 20 24

Ravi Patel, Notary Public

Seal

[signature]

Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA

Deed Book 15170 Pg 3135

RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.







Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
K02005313G

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. 2018 Infiniti QX60 Vin# 5N1DL0MN0JC524582
B. 2022 Toyota Camry Vin# 4T1C11BKXNU053802
C. 2007 Honda Accord Vin# 1HGCM56767A091736 Title# 770083211560016
D. 2005 Chevrolet Avalanche Vin# 3GNEC12205G293519 Title# 774223120108016

Included herein in full and attached herewith by reference.

3/1/24 [signature]
Date — Vinson Fraley, Grantor.

3/1/24 [signature]
Date — Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 20 24.

Ravi Patel, Notary Public

Seal

[signature]
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA




RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.







Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
F68967369D

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. United States of America Department of State Cusip No 23041556-2 - State of North Carolina Certificate of Birth: Book: 57 Page: 1316
B. United States of America Department of State Cusip No 23000273-1- State of North Carolina Certificate of Live Birth: Birth No : 132 Page : 1316
C. Marriage Certificate State of Georgia County of Dekalb Record Book : 174 Page : 443
D. State of Georgia, Superior Court of Gwinnett County Adult Name Change : Civil Action File No 22-A-10342-9

Included herein in full and attached herewith by reference.

3/1/24 [signature]
Date Vinson Fraley, Grantor.

3/1/24 [signature]
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 2024.

Ravi Patel, Notary Public

Seal

Ravi Patel
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA



RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.




Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
H20051361B

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. Social Security Number : xxx-xx-1975
B. Georgia Driver's License Number : 058690090
C. Georgia Weapons Carry License : F0672106580.
D. United States of America Passport Number: 662197481
E. Resident Adjuster Casualty and Property License: 3473687
F. Resident Agent Casualty and Property License : 3473687
G. Certificate of Appointment of Notary Public : W-00603376

Included herein in full and attached herewith by reference.

3/1/24
Date — Vinson Fraley, Grantor.

3/1/24
Date — Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 2024.

Ravi Patel, Notary Public

Seal

Ravi Patel
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA

RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.






Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
F55623716D

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. North Carolina High School Diploma 1990
B. North Greenville College : Associate in Science 1992
C. Appalachian State University: Bachelor of Science in Criminal Justice 1994

Included herein in full and attached herewith by reference.

3/1/24 ______ [signature] ______
Date Vinson Fraley, Grantor.

3/1/24 ______ [signature] ______
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 2024.

Ravi Patel, Notary Public

Seal

Ravi Patel
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2025
GWINNETT COUNTY, GEORGIA

Type: CRP
Recorded: 03/05/2026 at 12:25:23 PM
Fee Amt: $26.00 Page 1 of 3
Revenue Tax: $0.00
Iredell County, NC
Renee L. Holland Register of Deeds
BK 3198 PG 1141-1143

**Prepared by:** Vinson J. Fraley Sr.

# TRUST TRANSFER GRANT DEED

Based on Observed Abandonment & Constructive Possession

This Deed is made this **22nd** day of **January, 2026**, by and between:

**Vinson Jermaine Fraley Sr.**, as Constructive Possessor and Observer in Equity (hereinafter referred to as "Grantor"),

and

**VJF Network RVOC Living Trust**, a private trust organized under natural right and conscience jurisdiction (hereinafter referred to as "Grantee").
Address: 3614 Travelers Court, Snellville, Georgia 30039.

## WITNESSETH:

That the Grantor, for good cause and equitable interest, based on observed abandonment, lack of fiduciary oversight, and the necessity to preserve the trust res, does hereby grant, convey, assign, and transfer to the Grantee all right, title, interest, claim, and control, whether actual or constructive, in the following real property:

**Property Description:**
Address: 1240 Rolling Lane, Statesville, North Carolina
Parcel Number: 4743495749000
Legal Description: L65 Rolling Hills PB 10-1 Section 1 Rolling Hills Subdivision
County: Iredell County, State of North Carolina

This conveyance is made:
- Without consideration,
- Without warranty, express or implied,

Page Count: 3
NS PQ SI

R.O.T.C.

And solely for the preservation and protection of said property in equity, due to abandonment, dereliction, and the failure of any legal party to assert or protect lawful title.

The Grantee accepts this transfer as Trustee under conscience, and this instrument shall serve as constructive notice to all parties.

Executed this 22nd day of January, 2026:

**GRANTOR:**

Vinson J. Fraley Sr.
___________________________________

Vinson Jermaine Fraley Sr.
Constructive Possessor & Observer in Equity

**Prepared By:**

Vinson J. Fraley Sr.
___________________________________

Vinson J. Fraley Sr.

## NOTARIAL ACKNOWLEDGMENT

**State of Georgia**
**County of DeKalb**

On this 22nd day of January, 2026, before me appeared Vinson Jermaine Fraley Sr., personally known to me (or satisfactorily proven) to be the individual whose name is subscribed to this instrument, and acknowledged that he executed the same as his free act and deed.

**GRANTOR:**

___________________________________

Vinson Jermaine Fraley Sr.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Dennis W
___________________________________

Notary Public
My commission expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

Type: CRP
Recorded: 02/05/2026 at 11:56:51 AM
Fee Amt: $26.00 Page 1 of 3
Revenue Tax: $0.00
Iredell County, NC
Renee L. Holland Register of Deeds
BK 3192 PG 433-435

**Prepared by:** Vinson J. Fraley Sr. Excise tax 0

# TRUST TRANSFER GRANT DEED

Based on Observed Abandonment & Constructive Possession

This Deed is made this 22nd day of January, 2026, by and between:

**Vinson Jermaine Fraley Sr.**, as Constructive Possessor and Observer in Equity (hereinafter referred to as "Grantor"),

and

**VJF Network RVOC Living Trust**, a private trust organized under natural right and conscience jurisdiction (hereinafter referred to as "Grantee").
Address: 3614 Travelers Court, Snellville, Georgia 30039.

## WITNESSETH:

That the Grantor, for good cause and equitable interest, based on observed abandonment, lack of fiduciary oversight, and the necessity to preserve the trust res, does hereby grant, convey, assign, and transfer to the Grantee all right, title, interest, claim, and control, whether actual or constructive, in the following real property:

**Property Description:**
Address: 0 Monroe Street, Statesville, North Carolina 28677
Parcel Number: 4744411634000
Legal Description: Lot 1–4 Monroe Street
Account Number: 80042199
County: Iredell County, State of North Carolina

This conveyance is made:
• Without consideration,
• Without warranty, express or implied,

Page Count: 3
☐NS ☐PQ ☐SI
R.O.T.C.

And solely for the preservation and protection of said property in equity, due to abandonment, dereliction, and the failure of any legal party to assert or protect lawful title.

The Grantee accepts this transfer as Trustee under conscience, and this instrument shall serve as constructive notice to all parties.

Executed this 22nd day of January, 2026:

**GRANTOR:**

Vinson Jermaine Fraley Sr.
Constructive Possessor & Observer in Equity

**Prepared By:**

Vinson J. Fraley Sr.

## NOTARIAL ACKNOWLEDGMENT

**State of Georgia**
**County of DeKalb**

On this 22nd day of January, 2026, before me appeared Vinson Jermaine Fraley Sr., personally known to me (or satisfactorily proven) to be the individual whose name is subscribed to this instrument, and acknowledged that he executed the same as his free act and deed.

**GRANTOR:**

Vinson Jermaine Fraley Sr.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public
My commission expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

DEED B: 61752 P: 00252 03/28/2025 08:53 AM
25D020251 Page 2 of 2




RECORDING/TRANSFER requested by:
Vinson J Fraley Sr, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Sr. Ttee
Vinson Jermaine Fraley Sr Living Estate Trust
3641 Travelers Court
Snellville, Georgia FRD 30039.
The United States of America.

Real Property/Res Number:
RE 253 921 307 US

Registered Warrant/Bond Number(s):
D 71213547 C

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson J. Fraley Sr, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below VJF NETWORK RVOC LIVING TR, of the country of Georgia at Gwinett County. This conveyance withdraws/removes the property herein from the public into the VJF NETWORK RVOC LIVING TR, Grantee

The following described the Property/Trust Corpus, Section:

A. TRUIST ACCOUNT: 3924
B. TRUIST CHECKS # 1404 - 1440
C. NAVY FEDERAL : CHECKING ACCOUNT# 0203
D. NAVY FEDERAL: SAVINGS ACCOUNT# 5455
E. SCHOOL ZONE SAFETY PROGRAM: DISPOSITION OF TICKET 2123006465571921
F. BRYCE FRALEY : DRIVERS LICENSE # 072278445
G. MR.COOPER : ACCOUNT# 0739534469
H. NEW REZ: ACCOUNT # 7091507942

Included herein in full and attached herewith by reference.

3/27/2025 [signature]
Date Vinson Fraley, Grantor.

[signature]
Witness

3/27/2025 [signature]
Date Fraley, Vinson, Trustee/Grantee

**Verification and Acknowledgement**

United States of America )
State of Georgia ) s. s.
County of Gwinnett )

Before Me, on this day Fraley: Vinson , dba, Vinson J. Fraley Sr known to me to be the natural person described herein, who makes oath under the Laws of Jehovah God and the risen Lord Jesus Christ, set forth in the *KJ1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 27 day of March 2025

Ravi Patel, Notary Public

Seal

[signature]
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES 01/11/2026
NOTARY PUBLIC
GWINNETT COUNTY, GEORGIA

Georgia, Gwinnett County
This is to certify this is a true and correct copy of Affidavit as the same appears of record in Gwinnett County Superior Court.
Given under my official signature and seal of the Court this 11 day of March 2025
Deputy Clerk Superior Court, Gwinnett County, Georgia

Deed Book: 58168 Page: 00809
Filed and Recorded
12/16/2020 12:02:41 PM Pgs: 17
Richard T. Alexander Jr., Clerk of Superior Court
Gwinnett County, Georgia

SPACE ABOVE THIS LINE FOR RECORDER

USES

Prepared by: Fraley: Vinson

3641 Travelers Court, Snellville, Georgia 30039

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# AFFIDAVIT

Special Deposit
By: Vinson Fraley, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number: RF 253 921 307 US owed to:
VINSON FRALEY Living Estate Trust

## AMEND

SITUATED IN THE 4TH DISTRICT, COUNTY OF GWINNETT, STATE OF GEORGIA:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 336 OF THE 4TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 18, BLOCK A OF INNS BROOK WEST SUBDIVISION, UNIT TWO, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 35, PAGE 206, GWINNETT COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION. TAX ID NO. R4336 110

ADDRESS: 3641 TRAVELERS CT, SNELLVILLE, GA 30039

/S/ Vinson Fraley

Witness 1 Witness 2

State of Georgia )

) ss.

County of Gwinnett )

I have hereunto set my hand and seal of office on this 5th day of February, 2025 A.D.

________, Notary Public

CHARLES BLALOCK
COMMISSION EXPIRES
NOTARY
PUBLIC
JULY 23, 2027
GWINNETT COUNTY, GEORGIA

(Seal)



RECORDING/TRANSFER requested by: Vinson Jermaine Fraley Sr. Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Sr. Ttee
VJF NETWORK RVCO LIVING TRUST
3641 Traveler Court
Snellville, Georgia FRD 30039
The United States of America.






Real Property/Res Number:
RF 552 946 637 US

Registered Warrant/Bond Number(s):
B 02496504 A

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Sr Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley Sr, Grantee

The following described the Property/Trust Corpus, Section:

A. UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA: Case-No. 24-53705-JRS, District Court Docket No. 1:24- cv- 02916-MLB , 1:24-CV-02241-MLB,

B. UNITED STATES COURT OF APPEALS: No. 24-12623-G
C. STATE COURT OF GWINNETT COUNTY: Case No. 24-C-05216-S2 , 23-C-08815-S2Z , 24-A, 24-A-2818-1, 24-A-01825-7, 22-D-01941-1
D. GWINNETT COUNTY SUPERIOR COURT: 24-C-02741-S2 , 22-A-10342-9
E. FULTON COUNTY SUPERIOR COURT: 24-CV012387
Included herein in full and attached herewith by reference

2/05/25 Vinson J. Fraley Sr.
Date Vinson J. Fraley Sr, Grantor

Dennis Wornum
Witness

2/05/25 Vinson J. Fraley Sr.
Date Vinson J. Fraley Sr, Grantee/Trustee

**Verification and Acknowledgement**

United States of America )
State of Georgia ) s. a.
County of Gwinnett )

Before Me, on this day Fraley Sr: Vinson J, known to me to be the natural person described herein, who makes oath under the Laws of Jehovah God and the risen Lord Jesus Christ, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 5th day of February, 20 25.

Charles Blalock, Notary Public

Seal

Notary Public

CHARLES BLALOCK
NOTARY PUBLIC
COMMISSION EXPIRES JULY 23, 2027
GWINNETT COUNTY, GEORGIA

DEED B: 62087 P: 00816
09/24/2025 08:09 PM Pgs: 8 Fees: $25.00

Tiana P Garner, Clerk of Superior Court
Gwinnett County, GA

ERECORDED

Deed Book: 58168 Page: 00809
Filed and Recorded
12/16/2020 12:02:41 PM Pgs: 17
Richard T. Alexander Jr., Clerk of Superior Court
Gwinnett County, Georgia

SPACE ABOVE THIS LINE FOR RECORDER

USES

Prepared by: Fraley: Vinson

3641 Travelers Court, Snellville, Georgia 30039

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer *Flag*

NOT A POINT OF LAW

# AFFIDAVIT

Special Deposit
By: Vinson Fraley, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number: RF 253 921 307 US owed to:
VINSON FRALEY Living Estate Trust

## AMEND

SITUATED IN THE 4TH DISTRICT, COUNTY OF GWINNETT, STATE OF GEORGIA:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 336 OF THE 4TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 18, BLOCK A OF INNS BROOK WEST SUBDIVISION, UNIT TWO, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 35, PAGE 206, GWINNETT COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION. TAX ID NO. R4336 110

ADDRESS: 3641 TRAVELERS CT, SNELLVILLE, GA 30039

/S/ [signature]

[signature]
Witness 1

[signature]
Witness 2

State of Georgia )
) ss.
County of Dekalb )

I have hereunto set my hand and seal of office on this 21 day of October, 2023 A.D.

[signature], Notary Public

KIM L GLASCO NOTARY Seal GEORGIA Oct. 21, 2024 PUBLIC DEKALB COUNTY

---

**AFFIDAVIT OF PROTECTIVE TRUST EXEMPTION AND NON-VESTING STATUS**
**VJF NETWORK RVOC LIVING TR**
**c/o: 3641 Travelers Court Snellville, Georgia 30039**
**Phone:** (678) 437-2483 | **Email : vfraley828@gmail.com**
**Tracer Flag: PRIVATE TRUST — NOT ENEMY PROPERTY**
**UCC Label: Non-Negotiable Instrument — Special Deposit — Trust Res**

---

## I. AFFIANT AND TRUST IDENTIFICATION

**Affiant:** Vinson Fraley, in full capacity as Lawful Trustee,
**Trust Title:** VJF NETWORK RVOC LIVING TR, a Private Revocable Trust
**Trust EIN:** 99-XXX0567
**Date of Original Declaration:** October 8, 1971
**Jurisdiction:** Private Trust, Expressly Not Registered With or Under United States
**Venue of Execution:** Gwinnett County, Georgia, United States Republic

---

## II. PURPOSE OF THIS AFFIDAVIT

This affidavit serves as a formal and permanent record to provide both **constructive** and **actual notice** to all agencies, courts, and public officials—including the **Alien Property Custodian**, the **Department of Justice**, and the **Department of the Treasury**—that:

- The Trust and its Trustees **are not "enemies"** or "enemy nationals" within the meaning of **50 USC §§ 4305–4309**;
- The Trust's assets are **lawfully held and managed** under private trust law and cannot be seized, "vested," or otherwise alienated without **judicial due process** and a proper showing of injury or wrongdoing;
- The merger of Law and Equity under the **Federal Rules of Civil Procedure (1938)** does not divest the Trustee or the Trust estate of their rights under **private equity jurisdiction**, which predates the procedural merger;
- Any attempted classification of this Trust or its assets as subject to public jurisdiction, commercial regulation, or enemy control is **hereby rebutted** and deemed **fraudulent ab initio.**

---

## III. DECLARATION OF NON-VESTING STATUS

I, Vinson Fraley, Trustee, do solemnly affirm and declare:

1. That no asset of this Trust has ever been owned, held, or controlled by a foreign enemy, enemy national, or any person listed or suspected under **50 USC § 4305(b)**;

2. That no beneficiary of this Trust has ever been the subject of a lawful and final adjudication by a competent court declaring them an "enemy" or "enemy national" as defined by wartime or emergency regulations;
3. That no part of this Trust Res is derived from, owed to, or held on behalf of any foreign government, foreign principal, or sanctioned party;
4. That I have never received any "vesting order" or claim of seizure from the United States or any agency thereof related to this Trust or its res;
5. That the Trust is organized under **Private Equity**, not under federal legislative enactment, and is **exempt** from civil merger doctrines as per its original form and authority.

---

## IV. EXPRESS NOTICE OF NON-CONSENT TO VESTING

Notice is hereby given that:

- Any attempt to vest, seize, lien, regulate, convert, register, or administratively reclassify this Trust or its assets shall constitute **willful trespass**, breach of fiduciary duty, **breach of trust**, and unlawful conversion;
- This Trust **asserts and preserves all rights** to exclusive equity, non-public status, non-commercial status, and **special deposit exemption** under established trust law and equity maxims;
- The United States Government, its agents, officers, contractors, and assigns are **barred from asserting any right to the res** of this Trust absent express consent of the Trustee and judicial determination by a Chancellor in Equity.

---

## V. TRUSTEE'S STATEMENT

"Where equity is, law cannot interfere. The merger of procedure does not erase the jurisdiction of conscience."

I, Vinson Fraley, as Trustee, stand as the living voice of this Trust, charged with its protection, operation, and insulation from seizure, merger, or conversion.

---

## VI. AFFIRMATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete to the best of my personal knowledge, belief, and understanding.

and that this affidavit is submitted in good faith as notice to the world of the standing and status of this Private Trust.

**Executed on this 22th day of September, 2025**

**By:**

**Vinson Fraley, Trustee**

VJF NETWORK RVOC LIVING TR

---

**VII. NOTARY ACKNOWLEDGMENT**

**State of Georgia**

**County of Gwinnett**

On this 22ND day of September, 2025, before me, a Notary Public in and for said county and state, personally appeared Vinson Fraley, known to me to be the living man who executed the foregoing Affidavit, and acknowledged that he executed the same as Trustee of VJF NETWORK RVOC LIVING TR for the purposes therein contained.

KEVIN ESTRELLA Walton County Notary Public Expires 01-17-2027 STATE OF GEORGIA

**Notary Public**

My Commission Expires: 01/17/2027

---

---

**SECOND AMENDMENT TO THE DECLARATION OF TRUST**

**VJF NETWORK RVOC LIVING TR**
**Effective Nunc Pro Tunc to January 1, 2004**
Tracer Flag: NON-NEGOTIABLE | PRIVATE EQUITY INSTRUMENT
Prepared under Private Seal — Not a Point of Law

---

**This Amendment**, made and declared this **6th day of May, 2024**, by **Vinson Fraley**, in his capacity as Trustee for the VJF NETWORK RVOC LIVING TR, standing in equity, honor, and good conscience, hereby gives public and private notice that the following amendments are incorporated into the governing trust instrument, with full retroactive effect **nunc pro tunc to January 1, 2004**, the date from which this Trust and all associated property rights, appointments, declarations, and exemptions shall be construed to have existed and operated.

---

**I. PURPOSE**

The purposes of this retroactive amendment include, but are not limited to:

- Affirming the **original private status** and **trust res protections** of VJF NETWORK RVOC LIVING TR;
- Rebutting any and all **presumptions of joinder to public commerce or jurisdiction**;
- Rejecting and disclaiming all **constructive adhesion to statutory judicial procedures**, including the **Federal procedural merger of Law and Equity (1938)**;
- Affirming the Trust's **exclusive standing in equity**, unmerged, and superior to administrative forums;
- Recording this **private act** as constructive notice to all agents, officers, and courts, both foreign and domestic.

---

**II. AMENDMENT TERMS**

**Section 1: Nunc Pro Tunc Declaration**

All terms of this Amendment shall be interpreted and enforced as if executed on **January 1, 2004**, with lawful and equitable retroactivity. All prior acts, instruments, conveyances, and declarations by the Trustee are hereby ratified and incorporated as if executed with this Amendment.

---

**Section 2: Rejection of the Procedural Merger of Law and Equity (FRCP 1938)**

The Trustee expressly **rejects the 1938 merger of law and equity** as codified in the **Federal Rules of Civil Procedure**, which purported to unify two distinct jurisdictions into a single procedural system under administrative control. This Trust retains **standing solely in the original jurisdiction of equity**, as administered by a Chancellor in conscience and good faith, and does not submit to any procedural consolidation that:

- Merged equitable maxims with statutes;
- Replaced Bills in Equity with civil complaints;
- Substituted remedy in conscience with remedy at law.

**Maxim of Equity:** "Equity suffers not a right to be without a remedy."
"Where there is a right in equity, there is a forum to hear it."

---

**Section 3: Equity Jurisdiction Exclusive and Original**

This Trust affirms that it exists **by, through, and under the law of equity**, and that equity jurisdiction is:

- **Original** – predating all statutes and administrative enactments;
- **Exclusive** – not dependent upon statutory enactment for standing;
- **Superior** – being the highest form of jurisdiction, administered in conscience and not bound by procedural formality.

The Trustee hereby **declines, disclaims, and rejects** all administrative or statutory jurisdiction arising under:

- FRCP (1938) and its state analogs;
- Uniform Probate Codes;
- State equity court mimicry absent a Chancellor or true Bill in Equity;
- Corporate courts operating in mixed jurisdiction.

---

**Section 4: War Powers and Emergency Statutes Disclaimed**

The Trust, its res, and its Trustee are declared **wholly exempt from and non-consenting to** any classification as "enemy," "subject," "franchisee," or "debtor" under:

- **The Trading with the Enemy Act (1917)**;
- **Emergency Banking Relief Act (1933)**;
- Any successor statutes or hidden extensions applied by presumption.

The Trust does not accept or consent to any statutory lien, levy, presumption of suretyship, or adhesion arising from:

- Birth Certificate Registration;
- Social Security enumeration;
- Mortgage obligation as presumed collateral.

---

**Section 5: Private Trust Status and Exempt Conveyances**

The Trust shall not be construed as engaging in commercial activity by operation of law. Any appearance of engagement shall be rebuttable by affidavit and made only by **express election of the Trustee**, executed under wet ink signature, in trust capacity only.

This includes exemption from:

- Commercial mortgage registration presumptions;
- Statutory property registration schemes;
- County recorder conveyances presumed as public grants.

---

**Section 6: Notice to All Parties, Constructive and Actual**

This Amendment is hereby declared to give **constructive notice** to all public officers, courts, agencies, and persons. Failure to timely rebut this Amendment within **ten (10) days** from receipt or presentment shall be deemed:

- **Agreement** to its terms;
- **Waiver** of contrary presumption;
- **Estoppel** from asserting administrative or statutory jurisdiction over the Trust or its affairs.

---

### III. EXECUTION

Executed under Private Seal this **22nd day of September, 2025**, with full retroactive legal and equitable effect to **January 1, 2004**:

By:

---

**Vinson Fraley**, Trustee
VJF NETWORK RVOC LIVING TR
c/o: 3641 Travelers Court

Snellville Georgia 30039
(678) 437-2483 ( vfraley828@gmail.com )

---

### IV. ACKNOWLEDGMENT

**State of Georgia**
**County of Gwinnett**

On this 22nd day of **September, 2024**, before me personally appeared **Vinson Fraley**, known to me to be the living man acting in full private capacity as Trustee for VJF NETWORK RVOC LIVING TR, who executed this instrument freely and with full intent to be bound to the truth and equity thereof.

---

Notary Public
My Commission Expires: 01/17/2027

KEVIN ESTRELLA
Walton County
Notary Public
Expires 01-17-2027
STATE OF GEORGIA

[Optional Trust Seal]

---

2025077640 Deed Book 16306 pg 5214
Filed and Recorded: 9/4/2025 5:38:00 PM
Connie Taylor
Clerk of Superior Court
Cobb County, Georgia

Deed Book 15843 pg. 3802

Filed and Recorded Dec -28-2020 12: 49pm

2020-0169837 - AMENDED.

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: McCall: Bondaryl, Grantor/Grantee
1805 Cumberland Valley Place, SE
Smyrna, Georgia 30080

A 'SECURITY' [15 U.S.C. et seq.]
Non-Negotiable - Tracer *Flag*
NOT A POINT OF LAW

# CERTIFICATE

Special Deposit
By: Bondaryl McCall, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number: RA 112 293 435 US
US owed to: BONDARY MCCALL Living Estate Trust

2025077638
DEED BOOK 16306 Pg 526





RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30039.
The United States of America.




Registered Warrant/Bond Number(s):
F94993878 D

Real Property/Res Number:
RF 253 921 307 US 03

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. CIVIL ACTION FILE NO. 25-C-08962-S3
B. LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C. firm reference Number: CM 39940
C. Alexandria Capers - Georgia State Bar No. 808823

Included herein in full and attached herewith by reference.

08/26/2025 [signature]
Date Vinson Fraley, Grantor.

08/26/2025 [signature]
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

United States of America )
State of Georgia ) s. a.
County of Gwinnett )

Before Me, on this day Fraley: Vinson, known to me to be the natural person described herein, who makes oath under the Laws of Jehovah God and the risen Lord Jesus Christ, set forth in the AV1611 English Reformation Bible and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 26 day of August, 20 25

Shana Dixon, Notary Public

Seal

Shana Dixon
Notary Public

SHANA DIXON
Notary Public - State of Georgia
Gwinnett County
My Commission Expires May 9, 2027

**TRUST AMENDMENT**

This Amendment is made this 2 day of August, 20 25, by [signature], Grantor and/or Trustee of the [handwritten] TRUST ("Trust"), originally declared on May 6, 2024 and duly recorded or established.

**RECITALS**

WHEREAS, the Grantor/Trustee has reserved the right to amend the Trust; and

WHEREAS, the Grantor/Trustee desires to expressly exempt this private Trust from statutory presumption under federal or state emergency legislation; and

WHEREAS, it is the Grantor/Trustee's intent that the Trust remain private, contractual, and equitable in character.

**AMENDMENT**

NOW, THEREFORE, the Trust is hereby amended as follows:

1. **Exemption Clause**
   This Trust, its Trustee(s), Beneficiaries, and corpus (res) are expressly exempt from the application, operation, or enforcement of the **Emergency Relief Bankruptcy Act of 1933** and any amendments to the **Trading with the Enemy Act of 1917**, or any other emergency statutes purporting to suspend constitutional rights or convert private trusts into statutory obligations.

2. **Private Trust Character**
   This Trust is declared and recognized as a private, non-statutory trust, founded upon agreement in equity, and shall not be construed to confer jurisdiction upon any public body by presumption.

3. **Severability**
   If any provision of this Amendment is found invalid or unenforceable, the remainder shall remain in full force and effect.

4. **Ratification**
   Except as expressly amended herein, all other terms and provisions of the Trust remain unchanged and in effect.

**IN WITNESS WHEREOF**, the undersigned executes this Amendment as of the date above.

[signature] Vincent J. Farley Sr.

Signature of Grantor/Trustee

Witnesses: Natasha Brown Farley
[signature]

Cynthia Y. Brown

Dennis Young

Bondary McCall

**Notary Acknowledgment**

State of Georgia
County of Gwinnett

On this 26 day of August, 2025 before me, the undersigned Notary Public, personally appeared Vinson Fraley, known to me (or satisfactorily proven) to be the person whose name is subscribed to this instrument, and acknowledged that he/she executed the same for the purposes therein contained, as Grantor and/or Trustee of the [illegible] TRUST.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Shana Dixon

Notary Public

My Commission Expires: May 9, 2025

[Seal] Shana Dixon

SHANA DIXON
Notary Public - State of Georgia
Gwinnett County
My Commission Expires May 9, 2027

## NOTICE OF PRIVATE RES

*(Private Trust Property – Equitable Jurisdiction Only)*

**From:**
VJF NETWORK RVOC LIVING TR
By and through its Trustee:
Vinson Fraley
c/o: 3641 Travelers Court
Snellville, Georgia 30084
(678) 437-2483 VFraley71@gmail.com

**Date:** 08/26/2025

### 1. Purpose of Notice

This Notice is issued to place all persons, officers, agents, contractors, and entities, whether public or private, on **actual and constructive notice** that the property herein described (the **Res**) is conveyed to and held in **exclusive equitable ownership** by the above-named Trust.

The Res is **private property** not subject to statutory jurisdiction, levy, lien, attachment, or control without the express written consent of the Trustee.

### 2. Description of the Res

The Res includes, without limitation:

1. **Corporeal Person and Substance** – All physical elements of the living body of the Trustee, Settlor, or Beneficiaries, including organs, tissues, fluids, cells, genetic code, biometric identifiers, and derivatives thereof.
2. **Incorporeal and Intangible Attributes** – All rights, titles, and interests in the name, good name, reputation, likeness, image, voice, signature, and personal identifiers.
3. **Intellectual and Creative Fruits** – All inventions, works, expressions, trade names, marks, and related intellectual property.
4. **Ideals and Moral Holdings** – All spiritual convictions, moral rights, beliefs, and philosophies.

5. **Catch-All Reservation** – All other tangible or intangible property, rights, choses in action, causes, inheritances, hereditaments, and interests now existing or hereafter arising.

---

**3. Jurisdictional Statement**

The Res is held **solely in equity**, under the exclusive administration of the Trustee. No court of law, statutory tribunal, or administrative agency shall acquire jurisdiction over the Res absent explicit, prior written consent of the Trustee.
Any unauthorized interference shall be deemed:

- A trespass upon a private trust estate;
- A breach of fiduciary duty where a public office is involved; and
- A fiduciary debt redeemable in lawful money pursuant to 12 U.S.C. § 411, at a value determined solely by the Trustee.

---

**4. Notice to Public Officers and Agents**

You are hereby **forbidden** from:

- Claiming, registering, attaching, or taxing the Res;
- Using, appropriating, or publishing any element of the Res;
- Initiating or continuing any action or proceeding affecting the Res.

Failure to comply shall be deemed **willful trespass** and **personal commercial liability** under applicable equity and trust principles.

---

**5. Binding Effect**

This Notice binds all successors, assigns, agents, and contractors of any person or entity receiving it, including without limitation all public bodies and their officers, whether acting in personal or official capacity.

---

Clerk of Superior
Cobb County, G

By: [signature]
Vinson Fraley, Trustee
VJF NETWORK RVOC LIVING TR

Witness: Natasha Brown Fraley
Name: Natasha Brown Fraley

**Notary Acknowledgment**

State of Georgia )
County of Gwinnett

On this 26 day of August, 2025, before me, the undersigned notary, personally appeared Vinson Fraley, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the foregoing instrument, and acknowledged that they executed the same for the purposes therein contained.

**Notary Public:** Shana Dixon
My Commission Expires: May 9, 2027
[signature]

SHANA DIXON
Notary Public - State of Georgia
Gwinnett County
My Commission Expires May 9, 2027

**Fortified Trust Indenture Clause – Conveyance and Perpetual Protection of the Res**

**Section X: Absolute Conveyance, Definition, and Perpetual Protection of the Trust Res**

The Settlor, being of sound mind, acting in private capacity and under reservation of all unalienable rights, does hereby **grant, assign, transfer, convey, and deliver** unto this Trust, **absolutely and irrevocably**, all right, title, interest, and claim—whether legal, equitable, beneficial, corporeal, incorporeal, tangible, intangible, vested, contingent, known, unknown, discovered, undiscovered, or hereafter arising—in and to the following property (collectively, the **Res**):

1. **Corporeal Person and Substance** – Any and all constituent elements of the living body of the Settlor or any Beneficiary, including without limitation the whole person, body parts, organs, tissues, fluids, cells, genetic code, biometric identifiers, and any derivative thereof, whether integrated or separated, and whether in existence now or in the future.

2. **Incorporeal and Intangible Attributes** – The name, good name, reputation, likeness, image, voice, signature, personal identifiers, honor, dignity, and persona in all forms and expressions, whether legal, equitable, commercial, or colloquial; together with all rights attached thereto in perpetuity.

3. **Intellectual and Creative Fruits** – All inventions, creations, artistic expressions, literary works, trade names, marks, symbols, trade secrets, designs, processes, moral rights, and any other intellectual or industrial property, whether fixed or unfixed, patented or unpatented, published or unpublished.

4. **Ideals, Beliefs, and Moral Holdings** – All spiritual convictions, moral rights, philosophies, and expressions of conscience, whether tangible in record or intangible in thought, as well as the freedom to act thereon without interference.

5. **Catch-All Reservation** – All property, rights, claims, choses in action, causes, inheritances, hereditaments, and interests of whatever kind or description, now existing or hereafter arising, whether or not specifically enumerated herein, and regardless of situs or governing law.

**Perpetual Protection and Jurisdictional Bar**

It is the declared intent of this conveyance that the Res, in whole and in part, is to be held **exclusively within the jurisdiction of this Trust in equity**, beyond the reach of

any court of law, statutory tribunal, administrative body, or public authority, except by express written consent of the Trustee.

Any attempt—direct or indirect—to seize, attach, encumber, diminish, or otherwise interfere with the Res without such consent shall be deemed:

- A willful trespass upon a private trust estate;
- A breach of fiduciary duty if committed by a public officer;
- An act giving rise to a fiduciary debt in favor of the Trust, redeemable in lawful money of the United States in the nature of 12 U.S.C. § 411, at a value set solely by the Trustee.

**Binding Effect**

This clause shall bind and inure to the benefit of the Settlor, Trustee, Beneficiaries, their heirs, successors, and assigns, and shall also bind all officers, agents, contractors, successors, and assigns of any public or private body that may come into contact with the Res.

No title, interest, or claim adverse to the Trust shall be presumed from silence, inaction, or failure to contest, for **equity abhors forfeiture** and regards as done that which ought to be done.

**Maxims Incorporated**

- *Equity regards substance rather than form.*
- *Equity protects trust property against all improper interferences.*
- *He who comes into equity must come with clean hands.*
- *Equity will not suffer a wrong without a remedy.*

**DEED B: 62660 P: 00276**
**07/23/2026 12:32 PM Pgs: 10 Fees: $25.00**

Tiana P Garner, Clerk of Superior Court
Gwinnett County, GA

ERECORDED

Deed Book: 58168 Page: 00809
Filed and Recorded
12/16/2020 12:02:41 PM Pgs: 17
Richard T. Alexander Jr., Clerk of Superior Court
Gwinnett County, Georgia

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Vinson

3641 Travelers Court, Snellville, Georgia 30039

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# AFFIDAVIT

Special Deposit
By: Vinson Fraley, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number: RF 253 921 307 US owed to:
VINSON FRALEY Living Estate Trust

# AMEND

SITUATED IN THE 4TH DISTRICT, COUNTY OF GWINNETT, STATE OF GEORGIA:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 336 OF THE 4TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 18, BLOCK A OF INNS BROOK WEST SUBDIVISION, UNIT TWO, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 35, PAGE 206, GWINNETT COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION. TAX ID NO. R4336 110

ADDRESS: 3641 TRAVELERS CT, SNELLVILLE, GA 30039

/S/ [signature]

Cynthia Y. Brown
Witness 1

Bradley McCall
Witness 2

State of Georgia )
) ss.
County of DeKalb )

I have hereunto set my hand and seal of office on this 23 day of July, 2026 A.D.

[signature], Notary Public

(Seal)

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

DEED B: 62660 P: 00277 07/23/2026 12:32 PM
26D054284 Page 2 of 10

CERTIFICATE OF BENEFICIAL OWNERSHIP

ACCEPTANCE OF BANKRUPTCY CASE AS GRANTEE

IN THE PRIVATE JURISDICTION OF THE LIVING MAN

WITHOUT THE UNITED STATES

VINSON JERMAINE FRALEY SR.,

a Living Man, Sui Juris, Without the United States,

Private National American Citizen,

Suitor,

v.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA,

THE HONORABLE JUDGE JAMES R. SACCA,

THE CLERK OF COURT,

THE UNITED STATES TRUSTEE,

THE CHAPTER 7 TRUSTEE,

and all their respective agents, officers, employees, and assigns,

in their capacities as commercial trustees and custodians,

Defaulting Trustees.

In re: Vinson Jermaine Fraley Sr.

Case No. 24-53705-jrs

Chapter 13 (Converted to Chapter 7)

PREFATORY CLAUSE

THIS CERTIFICATE IS A SPECIAL DEPOSIT. IT IS NOT A MOTION. IT IS NOT A REQUEST. IT IS A NOTICE OF FACT AND A DEMAND FOR ACKNOWLEDGMENT, LODGED IN EQUITY ONLY. THIS CERTIFICATE IS PRIVATE, CONFIDENTIAL, PROPRIETARY, AND NOT FOR PUBLICATION.

THE CLERK IS INSTRUCTED TO PLACE THIS ENTIRE SUBMISSION UNDER SEAL IMMEDIATELY and maintain it on the register in chancery as a confidential, private, and proprietary matter. Restrict access to this Certificate to the Court and its authorized personnel only. Do not make this Certificate available to the public through PACER, the Court's website, or any other public reporting system. Do not publish any reference to this Certificate on the public docket. If a public docket entry is required, it shall state only: "Sealed submission lodged. Access restricted."

THE SUBMISSION, RECORDING, OR FILING OF THIS CERTIFICATE DOES NOT TRANSFER TITLE, OWNERSHIP, OR POSSESSION OF THIS CERTIFICATE OR ITS CONTENTS TO THE COURT, THE CLERK, OR ANY PUBLIC ENTITY. THIS CERTIFICATE AND ALL ITS CONTENTS REMAIN THE EXCLUSIVE PROPERTY OF THE TRUST (RES) AND THE SUITOR. THE ACT OF LODGING OR RECORDING IS AN ACT OF NOTICE, NOT A CONVEYANCE, AND DOES NOT CONSTITUTE A WAIVER OF THE EQUITABLE TITLE, INTEREST, OR OWNERSHIP OF THE TRUST OR THE SUITOR. ALL RIGHTS, TITLE, AND INTEREST IN AND TO THIS CERTIFICATE ARE EXPRESSLY RESERVED.

THIS CERTIFICATE IS FILED WITHOUT PREJUDICE. THIS CERTIFICATE IS FILED WITHOUT WAIVER OF ANY RIGHTS. THIS CERTIFICATE IS FILED UNDER RESERVATION OF RIGHTS PURSUANT TO UCC 1-308. THIS CERTIFICATE IS FILED WITHOUT THE UNITED STATES.

I. PURE EQUITY STATEMENT

TAKE NOTICE that I, Vinson Jermaine Fraley Sr. , am a Living Man, Sui Juris, Without the United States, Private National American Citizen, and Beneficiary of the VJF NETWORK

RVOC LIVING TR , a private, contractual trust operating under the law of equity and private agreement.

TAKE FURTHER NOTICE that I am not the legal fiction "VINSON JERMAINE FRALEY SR." I do not recognize any fictions or entities. I come with clean hands. I have no adequate remedy at law. I do not seek any remedy at law. I invoke the exclusive jurisdiction of equity.

TAKE FURTHER NOTICE that I deposit this Certificate as a SPECIAL DEPOSIT. The record is my remedy. Silence after notice is acceptance.

TAKE FURTHER NOTICE that the Maxim "Equity will not suffer a wrong without a remedy" applies.

TAKE FURTHER NOTICE that the Maxim "Equity regards the beneficiary as the true owner" applies.

TAKE FURTHER NOTICE that the Maxim "He who comes into equity must come with clean hands" applies.

TAKE FURTHER NOTICE that the Maxim "Equity looks to intent rather than form" applies.

II. PARTIAL INTEREST PLEA (PIP)

TAKE NOTICE that I plead partial interest in the title deed to my birth certificate. That plea is a valid credit instrument. It is self-executing. It is paid for by the partial interest on account associated with said birth certificate.

III. THE BANKRUPTCY CASE AS A MINISTERIAL INSTRUMENT (DEED)

TAKE NOTICE that the following written instrument is a ministerial instrument—a deed. It was issued or processed by a legal fiction. No equitable grantee has accepted it. It is abandoned.

In re: Vinson Jermaine Fraley Sr.

Case No. 24-53705-jrs

United States Bankruptcy Court for the Northern District of Georgia

TAKE FURTHER NOTICE that the case includes all petitions, schedules, statements, orders, judgments, claims, objections, motions, proceedings, and all other instruments associated with the above-referenced bankruptcy case.

TAKE FURTHER NOTICE that I now accept this instrument as GRANTEE IN EQUITY.

IV. ACCEPTANCE AS TRUST RES

TAKE NOTICE that the above-referenced bankruptcy case, all related petitions, schedules, statements, orders, judgments, claims, objections, motions, proceedings, and all rights, titles, interests, obligations, and proceeds arising therefrom, are hereby declared TRUST RES of my living estate. I am the BENEFICIARY and ENTITLEMENT HOLDER.

TAKE FURTHER NOTICE that the United States Bankruptcy Court for the Northern District of Georgia , the Honorable Judge James R. Sacca , the Clerk of Court , the United States Trustee , the Chapter 7 Trustee , and all their officers, judges, clerks, and agents are DEFAULTING TRUSTEES.

TAKE FURTHER NOTICE that the alleged obligations arising from this case are unsupported by any lawful claim against the Living Man. The legal fiction "VINSON JERMAINE FRALEY SR." is the debtor, not the Living Man. All obligations are satisfied in equity.

V. REVOCATION OF PERMISSION

TAKE NOTICE that effective immediately, I REVOKE all implied, express, or constructive permission granted to the United States Bankruptcy Court for the Northern District of Georgia, the Honorable Judge James R. Sacca, the Clerk of Court, the United States Trustee, the Chapter 7 Trustee, or any agent thereof, to administrate my estate, to enforce any order, judgment, or claim, or to take any further action in the above referenced bankruptcy case without my written consent.

VI. DEMAND FOR ACCOUNTING

TAKE NOTICE that the defaulting trustees are hereby DEMANDED to produce a full accounting of all funds, fees, costs, bonds, securities, and records associated with Case No. 24-53705-jrs within TEN (10) DAYS from receipt of this Certificate. The accounting must include all petitions, schedules, statements, orders, judgments, claims, objections, motions, proceedings, and all other instruments associated with the case from its inception to the present.

TAKE FURTHER NOTICE that failure to respond shall constitute DEFAULT, CONCEALMENT, AND CONSENT to the beneficiary's claim that all obligations are satisfied and the case is closed.

VII. DEMAND TO SHOW CAUSE (10 DAYS)

TAKE NOTICE that I hereby DEMAND that any party disputing this Certificate file a sworn response within TEN (10) DAYS of service of this Certificate. Failure to respond shall constitute acceptance and estoppel.

TAKE FURTHER NOTICE that the Maxim "Silence is acquiescence" applies.

VIII. RESERVATION OF RIGHTS

TAKE NOTICE that all rights are reserved. No waiver. Silence after ten days is acceptance.

TAKE FURTHER NOTICE that this Certificate is made Without Prejudice. This Certificate is made Without Waiver of any rights. This Certificate is made Under Reservation of Rights pursuant to UCC 1-308. I expressly reserve every equitable right, including but not limited to subrogation, restitution, restoration, the equity of redemption, exoneration from suretyship, the right to trace and recover property, the right to merge legal and equitable titles, the right to proceed Ex Parte and Under Seal, and the right to exclude the public and press.

EXPRESSLY RESERVING ALL LIBERTIES. NO WAIVER. WITHOUT PREJUDICE. WITHOUT THE UNITED STATES.

Respectfully declared this 23 day of July, 2026.

Vinson Jermaine Fraley Sr., Living Man, Sui Juris

Private National American Citizen

Beneficiary, VJF NETWORK RVOC LIVING TR

3641 Traveler Court Snellville, Georgia 30039

VERIFICATION

I, Vinson Jermaine Fraley Sr. , a living man, declare under the authority of the Creator and the principles of equity that this Certificate is made in good faith, with clean hands, and is true and correct to the best of my knowledge and belief. I do not place myself under the penalties of perjury; I stand under the Creator.

Executed on this 23 day of July, 2026.

Vinson Jermaine Fraley Sr., Living Man, Sui Juris

NOTARY BLOCK

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

STATE OF GEORGIA

COUNTY OF DEKAlb

On this 23 day of July, 2026, before me, a Notary Public, personally appeared Vinson Jermaine Fraley Sr., known to me to be the person whose name is subscribed to this instrument, and acknowledged that he executed the same for the purposes therein contained, as Suitor, Living Man, Sui Juris, Without the United States, Private National American Citizen.

WITNESS my hand and official seal.

[signature]

Notary Public, State of Georgia

My Commission Expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

(SEAL)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Certificate of Beneficial Ownership and Acceptance as Grantee was served upon the following parties on this 23 day of July, 2026, by Certified Mail, Return Receipt Requested:

1. Clerk of Court

United States Bankruptcy Court for the Northern District of Georgia

1340 Russell Federal Building , Ted Turner Drive SW

Atlanta , Georgia 30303

2. The Honorable Judge James R. Sacca

United States Bankruptcy Court for the Northern District of Georgia

1340 Russell Federal Building, Ted Turner Drive SW

Atlanta ,Georgia 30303

3. United States Trustee

1340 Russell Building, Ted Turner Drive SW

Atlanta ,Georgia 30303

4. Chapter 7 Trustee

Hays Financial Consulting, LLC,

2964 Peachtree Road NW.

STE. 555

Atlanta ,Georgia 30305

5. All creditors and parties in interest

A copy was recorded in the land records of GWINNETT COUNTY, GEORGIA .

Vinson Jermaine Fraley Sr.

CERTIFICATE OF BENEFICIAL OWNERSHIP

ACCEPTANCE OF BANKRUPTCY CASE AS GRANTEE

IN THE PRIVATE JURISDICTION OF THE LIVING MAN

WITHOUT THE UNITED STATES

VINSON JERMAINE FRALEY SR.,

a Living Man, Sui Juris, Without the United States,

Private National American Citizen,

Suitor,

v.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA,

THE HONORABLE JUDGE JAMES R. SACCA,

THE CLERK OF COURT,

THE UNITED STATES TRUSTEE,

THE CHAPTER 7 TRUSTEE,

and all their respective agents, officers, employees, and assigns,

in their capacities as commercial trustees and custodians,

Defaulting Trustees.

In re: Vinson Jermaine Fraley Sr.

Case No. 24-53705-jrs

Chapter 13 (Converted to Chapter 7)

PREFATORY CLAUSE

THIS CERTIFICATE IS A SPECIAL DEPOSIT. IT IS NOT A MOTION. IT IS NOT A REQUEST. IT IS A NOTICE OF FACT AND A DEMAND FOR ACKNOWLEDGMENT, LODGED IN EQUITY ONLY. THIS CERTIFICATE IS PRIVATE, CONFIDENTIAL, PROPRIETARY, AND NOT FOR PUBLICATION.

THE CLERK IS INSTRUCTED TO PLACE THIS ENTIRE SUBMISSION UNDER SEAL IMMEDIATELY and maintain it on the register in chancery as a confidential, private, and proprietary matter. Restrict access to this Certificate to the Court and its authorized personnel only. Do not make this Certificate available to the public through PACER, the Court's website, or any other public reporting system. Do not publish any reference to this Certificate on the public docket. If a public docket entry is required, it shall state only: "Sealed submission lodged. Access restricted."

THE SUBMISSION, RECORDING, OR FILING OF THIS CERTIFICATE DOES NOT TRANSFER TITLE, OWNERSHIP, OR POSSESSION OF THIS CERTIFICATE OR ITS CONTENTS TO THE COURT, THE CLERK, OR ANY PUBLIC ENTITY. THIS CERTIFICATE AND ALL ITS CONTENTS REMAIN THE EXCLUSIVE PROPERTY OF THE TRUST (RES) AND THE SUITOR. THE ACT OF LODGING OR RECORDING IS AN ACT OF NOTICE, NOT A CONVEYANCE, AND DOES NOT CONSTITUTE A WAIVER OF THE EQUITABLE TITLE, INTEREST, OR OWNERSHIP OF THE TRUST OR THE SUITOR. ALL RIGHTS, TITLE, AND INTEREST IN AND TO THIS CERTIFICATE ARE EXPRESSLY RESERVED.

THIS CERTIFICATE IS FILED WITHOUT PREJUDICE. THIS CERTIFICATE IS FILED WITHOUT WAIVER OF ANY RIGHTS. THIS CERTIFICATE IS FILED UNDER RESERVATION OF RIGHTS PURSUANT TO UCC 1-308. THIS CERTIFICATE IS FILED WITHOUT THE UNITED STATES.

I. PURE EQUITY STATEMENT

TAKE NOTICE that I, Vinson Jermaine Fraley Sr. , am a Living Man, Sui Juris, Without the United States, Private National American Citizen, and Beneficiary of the VJF NETWORK

RVOC LIVING TR , a private, contractual trust operating under the law of equity and private agreement.

TAKE FURTHER NOTICE that I am not the legal fiction "VINSON JERMAINE FRALEY SR." I do not recognize any fictions or entities. I come with clean hands. I have no adequate remedy at law. I do not seek any remedy at law. I invoke the exclusive jurisdiction of equity.

TAKE FURTHER NOTICE that I deposit this Certificate as a SPECIAL DEPOSIT. The record is my remedy. Silence after notice is acceptance.

TAKE FURTHER NOTICE that the Maxim "Equity will not suffer a wrong without a remedy" applies.

TAKE FURTHER NOTICE that the Maxim "Equity regards the beneficiary as the true owner" applies.

TAKE FURTHER NOTICE that the Maxim "He who comes into equity must come with clean hands" applies.

TAKE FURTHER NOTICE that the Maxim "Equity looks to intent rather than form" applies.

II. PARTIAL INTEREST PLEA (PIP)

TAKE NOTICE that I plead partial interest in the title deed to my birth certificate. That plea is a valid credit instrument. It is self-executing. It is paid for by the partial interest on account associated with said birth certificate.

III. THE BANKRUPTCY CASE AS A MINISTERIAL INSTRUMENT (DEED)

TAKE NOTICE that the following written instrument is a ministerial instrument—a deed. It was issued or processed by a legal fiction. No equitable grantee has accepted it. It is abandoned.

In re: Vinson Jermaine Fraley Sr.

Case No. 24-53705-jrs

United States Bankruptcy Court for the Northern District of Georgia

TAKE FURTHER NOTICE that the case includes all petitions, schedules, statements, orders, judgments, claims, objections, motions, proceedings, and all other instruments associated with the above-referenced bankruptcy case.

TAKE FURTHER NOTICE that I now accept this instrument as GRANTEE IN EQUITY.

IV. ACCEPTANCE AS TRUST RES

TAKE NOTICE that the above-referenced bankruptcy case, all related petitions, schedules, statements, orders, judgments, claims, objections, motions, proceedings, and all rights, titles, interests, obligations, and proceeds arising therefrom, are hereby declared TRUST RES of my living estate. I am the BENEFICIARY and ENTITLEMENT HOLDER.

TAKE FURTHER NOTICE that the United States Bankruptcy Court for the Northern District of Georgia , the Honorable Judge James R. Sacca , the Clerk of Court , the United States Trustee , the Chapter 7 Trustee , and all their officers, judges, clerks, and agents are DEFAULTING TRUSTEES.

TAKE FURTHER NOTICE that the alleged obligations arising from this case are unsupported by any lawful claim against the Living Man. The legal fiction "VINSON JERMAINE FRALEY SR." is the debtor, not the Living Man. All obligations are satisfied in equity.

V. REVOCATION OF PERMISSION

TAKE NOTICE that effective immediately, I REVOKE all implied, express, or constructive permission granted to the United States Bankruptcy Court for the Northern District of Georgia, the Honorable Judge James R. Sacca, the Clerk of Court, the United States Trustee, the Chapter 7 Trustee, or any agent thereof, to administrate my estate, to enforce any order, judgment, or claim, or to take any further action in the above-referenced bankruptcy case without my written consent.

VI. DEMAND FOR ACCOUNTING

TAKE NOTICE that the defaulting trustees are hereby DEMANDED to produce a full accounting of all funds, fees, costs, bonds, securities, and records associated with Case No. 24-53705-jrs within TEN (10) DAYS from receipt of this Certificate. The accounting must include all petitions, schedules, statements, orders, judgments, claims, objections, motions, proceedings, and all other instruments associated with the case from its inception to the present.

TAKE FURTHER NOTICE that failure to respond shall constitute DEFAULT, CONCEALMENT, AND CONSENT to the beneficiary's claim that all obligations are satisfied and the case is closed.

VII. DEMAND TO SHOW CAUSE (10 DAYS)

TAKE NOTICE that I hereby DEMAND that any party disputing this Certificate file a sworn response within TEN (10) DAYS of service of this Certificate. Failure to respond shall constitute acceptance and estoppel.

TAKE FURTHER NOTICE that the Maxim "Silence is acquiescence" applies.

VIII. RESERVATION OF RIGHTS

TAKE NOTICE that all rights are reserved. No waiver. Silence after ten days is acceptance.

TAKE FURTHER NOTICE that this Certificate is made Without Prejudice. This Certificate is made Without Waiver of any rights. This Certificate is made Under Reservation of Rights pursuant to UCC 1-308. I expressly reserve every equitable right, including but not limited to subrogation, restitution, restoration, the equity of redemption, exoneration from suretyship, the right to trace and recover property, the right to merge legal and equitable titles, the right to proceed Ex Parte and Under Seal, and the right to exclude the public and press.

EXPRESSLY RESERVING ALL LIBERTIES. NO WAIVER. WITHOUT PREJUDICE. WITHOUT THE UNITED STATES.

Respectfully declared this 23 day of July, 2026.

Vinson Jermaine Fraley Sr., Living Man, Sui Juris

Private National American Citizen

Beneficiary, VJF NETWORK RVOC LIVING TR

3641 Traveler Court Snellville, Georgia 30039

VERIFICATION

I, Vinson Jermaine Fraley Sr. , a living man, declare under the authority of the Creator and the principles of equity that this Certificate is made in good faith, with clean hands, and is true and correct to the best of my knowledge and belief. I do not place myself under the penalties of perjury; I stand under the Creator.

Executed on this 23 day of July, 2026.

Vinson Jermaine Fraley Sr., Living Man, Sui Juris

NOTARY BLOCK

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

STATE OF GEORGIA

COUNTY OF DEKALB

On this 23 day of July, 2026, before me, a Notary Public, personally appeared Vinson Jermaine Fraley Sr., known to me to be the person whose name is subscribed to this instrument, and acknowledged that he executed the same for the purposes therein contained, as Suitor, Living Man, Sui Juris, Without the United States, Private National American Citizen.

WITNESS my hand and official seal.

Notary Public, State of Georgia

My Commission Expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

(SEAL)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Certificate of Beneficial Ownership and Acceptance as Grantee was served upon the following parties on this 23 day of July, 2026, by Certified Mail, Return Receipt Requested:

1. Clerk of Court

United States Bankruptcy Court for the Northern District of Georgia

1340 Russell Federal Building, Ted Turner Drive SW

Atlanta, Georgia 30303

2. The Honorable Judge James R. Sacca

United States Bankruptcy Court for the Northern District of Georgia

1340 Russell Federal Building, Ted Turner Drive SW

Atlanta ,Georgia 30303

3. United States Trustee

1340 Russell Building, Ted Turner Drive SW

Atlanta ,Georgia 30303

4. Chapter 7 Trustee

Hays Financial Consulting, LLC,

2964 Peachtree Road NW.

STE. 555

Atlanta ,Georgia 30305

5. All creditors and parties in interest

A copy was recorded in the land records of GWINNETT COUNTY, GEORGIA .

Vinson Jermaine Fraley Sr.

RECORDING INFORMATION

(To be completed by the Clerk/Register of Deeds)

[GWINNETT, GEORGIA]:

- DEED BOOK: ________

- PAGE: ________

- FILED AND RECORDED: ________

SPECIAL DEPOSIT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 09 2024
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

VINSON JERMAIN FRALEY )
ESTATE )
)
V. )
)
)
UNITED STATES OF AMERICA )
AND ALL OF ITS SUBDIVISION )
SUBSIDIARIES, TERRITORIES, )
ENCLAVES AND MINOR ISLANDS )
______________________________ )

1:24-MI-0034

PREACIPE TO THE CLERK

INCORPORATED BY REFERENCE HEREIN IS THE DECLARATION OF TRUST FOR IMMEDIATE PROCESS BY THE HEAD CLERK TO PLACE ON THE DOCKET IN THE ABOVE STYLED CAUSE

1.) Please inform the Court that VINSON JERMAINE FRALEY is a living breathing soul and standing on the soil and that he has attained age of majority.
2.) Place on the docket this declaration of trust and his vishes as both Grantor and beneficiary of his vast estate VINSON JERMAINE FRALEY a cestui Que Trust established by the UNITED STATES and the land and the richness thereof provided by the Creator of all things.

As children of God, we are His heirs and are promised an inheritance that can never perish, spoil or fade:

**2 Corinthians 9:8** And God is able to bless you abundantly, so that in all things at all times, having all that you need, you will abound in every good work.

I come in the state of knowledge, with clean hands and in good faith to submit proof of the living trust and to bear witness of the live birth of Vinson Jermaine Fraley and the original jurisdiction and protection of the must high of His Heir.

By: Bondaryl McCall, Trustee

Dated 05/09/2024

# EXHIBIT B

## DESCRIPTION OF CONTENTS

| |
|---|
| **1. Affidavit of Ownership** |

This exhibit contains the above-listed documents and is submitted as **Exhibit B** for ease of reference.

---

# AFFIDAVIT OF OWNERSHIP

*For the VJF NETWORK RVOC LIVING TRUST*

**State of Georgia**
**County of Gwinnett**

I, **Vinson Fraley**, being of sound mind, lawful age, and competent capacity, do hereby solemnly affirm and declare the following under penalty of perjury under the laws of the State of Georgia and the united States of America:

---

## 1. AFFIANT'S STATUS

1. I am the duly appointed and acting **Trustee** of the **VJF NETWORK RVOC LIVING TRUST** (hereinafter "the Trust"), a **private, revocable living trust** lawfully formed and existing under the Law of Equity for the exclusive benefit of its named beneficiaries.
2. I act in this fiduciary capacity pursuant to private trust appointment, entrusted with the lawful authority and duty to manage, preserve, and defend the property and interests of the Trust.
3. I am not operating in any capacity as a corporate officer, debtor, resident agent, or public person. I act solely in my private fiduciary status as Trustee under equitable jurisdiction.

---

## 2. TRUST PROPERTY IDENTIFICATION

4. The **VJF NETWORK RVOC LIVING TRUST** holds lawful ownership of property situated in **Snellville, Georgia**, within **Gwinnett County**, and/or such other locations as may lawfully be recorded in the Trust ledger.
5. Said property includes, but is not limited to:

   3641 Travelers Court , Snellville, Georgia 30039, Parcel Number : R4336110, Legal Description : Lot 18, Block A of Inns Brook West Subdivision, Unit Two, recorded in Plat Book 35, Page 206, Gwinnett County, State of Georgia,

   District / County: 4th District, Gwinnett County, State of Georgia

6. Title to said property was acquired by lawful conveyance, grant, or assignment, and is held in trust for the exclusive benefit of the named beneficiaries of the VJF NETWORK RVOC LIVING TRUST.

---

## 3. DECLARATION OF EQUITABLE INTEREST

7. The Trust holds full **equitable title, beneficial interest, and private right of control** over the aforementioned property, including all profits, rents, improvements, and appurtenances.
8. No third party, agency, or entity holds lawful superior claim to said estate without full written agreement, mutual consent, and valuable consideration entered into by the Trustee on behalf of the Trust.
9. Any legal title or nominal registration, where applicable, is held in trust and does not diminish or displace the Trust's primary ownership in equity.

---

## 4. EQUITABLE PRINCIPLES INVOKED

10. I assert the Trust's rights and protections under the maxims of equity, including but not limited to:

- *Equity regards as done that which ought to be done;*
- *Equity will not permit a wrong to be without a remedy;*
- *Equity acts in personam, binding the conscience of all parties;*
- *Equity abhors forfeiture and protects beneficial interests;*
- *He who holds legal title for the use of another is bound by fiduciary duty.*

11. I, as Trustee, act in honor and good faith, not subject to administrative presumption, commercial liability, or third-party jurisdiction not expressly consented to by the Trust in contract.

---

## 5. NOTICE AND PRESERVATION OF RIGHTS

12. This Affidavit is made to establish and memorialize the Trust's ownership of its estate and interests under Georgia law and the universal laws of equity.

13. This Affidavit may be lodged or recorded with any court, county office, or private registry to give public notice and preserve rights.

14. All rights are hereby reserved, including those under the Law of Nations, Equity, and the Constitution for the united States of America. Nothing herein shall be construed as a waiver of rights, remedies, or immunities.

---

**FURTHER AFFIANT SAYETH NOT.**

Executed this 26 day of January, ***2026***
At: **Snellville, Georgia**, County of Gwinnett

By: Vinson Fraley

**Vinson Fraley**
Trustee, VJF NETWORK RVOC LIVING TRUST
In Fiduciary Capacity
Without Prejudice — All Rights Reserved

---

**JURAT**

**State of Georgia**
**County of** DEKalb

Subscribed and sworn to (or affirmed) before me this 26 day of January, ***2026***, by **Vinson Fraley**, who is personally known to me or has produced valid identification.

Dennis W

Notary Public
My Commission Expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

---

# EXHIBIT C

## DESCRIPTION OF CONTENTS

| |
|---|
| **1. Certification of Trust** |
| **2. Authenticated United States Birth Certificate** |
| **3. UCC Filings** |
| **4. W-9** |
| **5. Special Deposit Documents** |

This exhibit contains the above-listed documents and is submitted as **Exhibit C** for ease of reference.

# CERTIFICATION OF TRUST

On 05/06/2024 a Revocable Living Trust named VJF NETWORK RVOC LIVING TR was formed by its Settlor.

The authorized TRUSTEE(s) is/are:

Authorized Trustee: Vinson Jermaine Fraley
Address of Trustee: 3641 Travelers Court
Snellville, Georgia [30039]

This Certification of Trust is provided in compliance with section of the Trust which provides:

> "From time to time, third parties may require documentation to verify the existence of this Agreement, or particular provisions of it, such as the name or names of the Trustee or the powers held by the Trustee(s). To protect the confidentiality of this Agreement the Trustee(s) may use an affidavit or a certification of trust that identifies the Trustee(s) and set forth the authority of the Trustee(s) to transact business on behalf of the Trust . . . A third party may rely upon an affidavit or certification of trust that is signed by the Trustee(s) with respect to the representation contained in the affidavit or certification of trust. A third party relying upon an affidavit or certification of trust shall be exonerated from any liability for actions he or she takes or fails to take in reliance upon the representations contained in the affidavit or certification of trust. A third party dealing with the Trustee(s) shall not be required to inquire into the terms of this agreement or the authority of the Trustee(s) . . ."

Pursuant to the section of the Trust Agreement the Trustee has absolute power "To do all such acts, take all such proceedings and exercise all such rights and privileges in the management of the Trust Estate as if he were the absolute owner thereof, including, without limit[ation]:" Power of Sale, Power to Purchase Real, Personal or Intangible Property, Power to Lease, Power to Loan and Invest, Power to Manage Securities, Power to Hold Securities in the Name of a Nominee, Power to Insure, Power to Borrow Money and Hypothecate Trust Assets and Power to Conduct Banking Activities, Open Checking, Saving or Wealth Management Accounts, Establish Trust Accounts, Escrow Accounts, Write check, Notes, Drafts and Negotiable Instruments.

IN WITNESS WHEREOF the Trustee(s) of VJF NETWORK RVOC LIVING TR have/has hereunto set authority by its hand and seal this 23 day of September 2024.

AUTHORIZED TRUSTEE(S): Vinson J. Fraley

THE STATE OF GEORGIA
COUNTY OF DeKalb

BEFORE ME, the undersigned authority, on this day personally appeared, Vinson Jermaine Fraley, Trustee, known to me, or proved to me through a valid form of identification, to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 23rd day of September 2024.

[signature], Notary Public

My Commission Expires: Oct. 21, 2024

(Seal) KIM L GLASGO NOTARY PUBLIC GEORGIA EXPIRES Oct. 24, 2024 DEKALB COUNTY

6Deed Book 15841 pg. 2690

Filed and Recorded Dec -28-2020 11: 58pm

2020-0167843 - AMENDED.

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: McCall: Bondaryl, Grantor/Grantee

1805 Cumberland Valley Place, SE

Smyrna, Georgia 30080

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# CERTIFICATE

Special Deposit
By: Bondaryl McCall, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number:
US owed to: BONDARY MCCALL Living Estate Trust

23000273-1

# United States of America

## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

I Certify That the document hereunto annexed is under the Seal of the State(s) of North Carolina, and that such Seal(s) is/are entitled to full faith and credit.*

***For the contents of the annexed document, the Department assumes no responsibility***
***This certificate is not valid if it is removed or altered in any way whatsoever***

In testimony whereof, I, Antony J. Blinken, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twelfth day of October, 2022.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Antony J Blinken
Secretary of State

By Kenneth W Kimick
Assistant Authentication Officer,
Department of State

# STATE OF NORTH CAROLINA

Department of The Secretary of State

## CERTIFICATE OF AUTHENTICATION

I, **ELAINE F. MARSHALL, SECRETARY OF STATE** of the State of **NORTH CAROLINA** do hereby certify that **MAUREEN P. PURCELL** was **REGISTER OF DEEDS** of **IREDELL** County, North Carolina on the **19th day of July, 2022.** And as such Register of Deeds had legal custody of the Records for said County. I further certify that **W. LANE SANDS** was duly appointed **DEPUTY REGISTER OF DEEDS** of **IREDELL** County, North Carolina, and that as such **DEPUTY REGISTER OF DEEDS** had authority to sign instruments and documents in the name of the Register of Deeds **IREDELL** County. I further certify that the signature appearing on the attached certificate is recognized as the genuine signature of **W. LANE SANDS, DEPUTY REGISTER OF DEEDS** and genuine seal of **Maureen P. Purcell,** Register of Deeds of **IREDELL** County, **NORTH CAROLINA.**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal.

DONE IN OFFICE at Raleigh, this the **17th day of August, 2022.**

by: William W. Toole

**William W. Toole**
*Deputy Secretary of State*

Elaine F. Marshall

*Secretary of State*

08 17, 202[illegible] p52 Certificate #16659
Verify issuance of this Certificate at sosnc.gov/verify

i, the heir to the decendent's estate attached herewith, do accept as grantee and return delivery on special deposit to redeem said estate for all debts, life maintenance and support and do rely faithfully on trustee to update my Status accordingly. This i make oath and affirm that i am the sole exclusive heir beneficiary to said estate and do provide my seal as a mark of my intent to be forever redeemed, so help me God.

[redacted]

UCC-1

MD DEPT. OF ASSESSMENTS & TAXATION
260725-1735000 NS
Lapse Date: 07/25/2031
Date: 7/25/2026
Time 5:35 PM
Page Count: 1 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $4.50
Total: $29.50
Order ID# 51070191

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Vinson Fraley Sr.

B. E-MAIL CONTACT AT SUBMITTER (optional)
vfraley828@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Vinson Fraley Sr.**
**3641 TRAVELERS COURT**
**SNELLVILLE, GA 30039**

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME:

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| FRALEY | VINSON J FRALEY SR. | | Sr. |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3641 TRAVELERS COURT | SNELLVILLE | GA | 30039 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: VJF NETWORK RVOC LIVING TRUST

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3641 TRAVELERS COURT | SNELLVILLE | GA | 30039 | US |

4. COLLATERAL: This financing statement covers the following collateral:

All property right, title, and interest, whether now owned or hereafter aquired , in and to the real property located at One Monroe street , Statesville, North Carolina 28677 . Parcel Identifier No. 4744-41-1634000 Lots One(1) Two (2) Three (3) Four(4)John M. Sharpes Diamond Hill Property Book 1, page 59 Recorded Book 2473 Page 278 Iredell County Registry together with all buildings, fixtures, improvements, appurtenances, rents, proceeds, and all related rights associated therewith , to secure the obligations owed to the Secured Party in the principal amount of 1,000,000.00, together with any applicable interest, costs, fees, and other amounts provided for under the parties'security agreement.

5. Check only if applicable and check only one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☒ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

[redacted]

UCC-1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Vinson Fraley Sr. 6784372483

B. E-MAIL CONTACT AT SUBMITTER (optional)
vfraley828@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Vinson Fraley Sr.
3641 TRAVELERS COURT
SNELLVILLE, GA 30039

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

MD DEPT. OF ASSESSMENTS & TAXATION
NS
260726-1751001
Lapse Date: 07/26/2031
Date: 7/26/2026
Time 5:51 PM
Page Count: 1 Pg
Debtor Count: 2
Filing Fees: $25.00
Electronic Records Access: $4.50
Total: $29.50
Order ID# 51079139

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| OR 1b. INDIVIDUAL'S SURNAME: FRALEY | FIRST PERSONAL NAME: VINSON | ADDITIONAL NAME(S)/INITIAL(S): JERMAINE | | SUFFIX: SR |
| 1c. MAILING ADDRESS: 3641 TRAVELERS COURT | CITY: SNELLVILLE | STATE: GA | POSTAL CODE: 30039 | COUNTRY: US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME: NEW REZ LLC. | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS: P.O. BOX 10826 | CITY: GREENVILLE | STATE: SC | POSTAL CODE: 29603 | COUNTRY: US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: VJF NETWORK RVOC LIVING TRUST | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: 3641 TRAVELERS COURT | CITY: SNELLVILLE | STATE: GA | POSTAL CODE: 30039 | COUNTRY: US |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE DEPOSITOR/SECURED PRTY/GRANTEE/BENEFICIARY/CLAIMANT IN THIS TRUST ACTION FOR CLAIMANT'S CLAIM; All rights, title, and interest in to mortgage account no. 7091507942 and related instruments, proceeds, payments, servicing rights, and security agreements held by NEW REZ dba as trustee or servicer. Includes escrow funds, insurance proceeds, note receivables, and any associated real property rights. Lien is declared against NEW REZ LLC in the amount of $1,400,000.00. ALL PROPERTY IS ACCEPTED AND EXEMPT FROM LEVY

5. Check only if applicable and check only one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☒ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

(Rev. 07/01/23)

[redacted]

UCC-1

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Vinson Fraley Sr. 6784372483

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Vinson Fraley Sr.
3641 TRAVELERS COURT
SNELLVILLE, GA 30039

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

MD DEPT. OF ASSESSMENTS & TAXATION
260725-1637000 NS
Lapse Date: 07/25/2031
Date: 7/25/2026
Time 4:37 PM
Page Count: 1 Pg
Debtor Count: 2
Filing Fees: $25.00
Electronic Records Access: $4.50
Total: $29.50
Order ID# 51070719

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME:

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| FRALEY | VINSON | J | | Sr. |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 3641 TRAVELERS COURT | SNELLVILLE | GA | 30039 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: ROCKET MORTGAGE

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 1050 WOODWARD AVE | DETROIT | MI | 48226 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: VJF NETWORK RVOC LIVING TRUST

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 3641 TRAVELERS COURT | SNELLVILLE | GA | 30039 | US |

4. COLLATERAL: This financing statement covers the following collateral:

THIS IS ACTUAL AND CONSTRUCTIVE NOTICE BY SPECIAL DEPOSIT FOR THE BENEFIT OF THE DEPOSITOR/SECURED PRTY/GRANTEE/BENEFICIARY/CLAIMANT IN THIS TRUST ACTION FOR CLAIMANT'S CLAIM; All rights, title, and interest in to mortgage account no. 0739534469 and related instruments, proceeds, payments, servicing rights, and security agreements held by Rocket Mortgage as trustee or servicer. Includes escrow funds, insurance proceeds, note receivables, and any associated real property rights. Lien is declared against Rocket Mortgage in the amount of $2,356,091.00. ALL PROPERTY IS ACCEPTED AND EXEMPT FROM LEVY.

5. Check only if applicable and check only one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☒ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

[redacted]

FILED & RECORDED
Tuesday, January 6, 2026 3:04:46 PM
File Number: 067-2026-000139
Tiana P. Garner
Gwinnett County Clerk of Superior Court

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

VJF NETWORK RVOC LIVING TR
3641 TRAVELERS COURT
SNELLVILLE, GA. 30039

**SEE BELOW FOR SECURED PARTY CONTACT INFORMATION**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| FRALEY SR. | VINSON | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 3641 TRAVELERS COURT | SNELLVILLE | GA` | 30039 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
VJF NETWORK RVOC LIVING TR

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 3641 TRAVELERS COURT | SNELLVILLE | GA | 30039 | US |

4. COLLATERAL: This financing statement covers the following collateral:

"All right, title, equitable interest, and constructive possession in and to the real property located at 3641 Travelers Court, Snellville, Georgia 30039, Parcel Number 4336110, legally described as Lot 18,Block A of Inns Brook West Subdivision, Unit Two Plat Book 35, Page 206, Gwinnett County, North Carolina. This financing statement secures the collateral interest of the VJF NETWORK RVOC LIVING TR, a private trust, in trust res transferred under private Trust Transfer Grant Deed dated December 30, 2025. This claim includes but not limited to: Land and improvements thereon; All rents, proceeds, fixtures, crops, or income derived; Any equitable or residual value derived from constructive possession; Rights under any present or future claim of abandonment, unclaimed property, escheat, forfeiture, or public auction. The secured party claims superior equitable interest for the purpose of preserving the res, preventing trespass, loss, or waste, and giving public notice of the trust's standing in equity. This filing acts as a non-commercial notice of security interest, not for profit or debt collection, but for lawful preservation of res under equity.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

[redacted]

FILED & RECORDED
Thursday, January 8, 2026 10:55:27 AM
File Number: 067-2026-000246
Tiana P. Garner
Gwinnett County Clerk of Superior Court

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Vinson J. Fraley Sr, Trustee

B. E-MAIL CONTACT AT SUBMITTER (optional)
vfraley828@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

VJF NETWORK RVOC LIVING TR
3641 TRAVELERS COURT
SNELLVILLE, GA 30039

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
067-2026-000139

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

3. ☑ ASSIGNMENT: Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME
OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. COLLATERAL CHANGE: Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN* collateral
Indicate collateral: *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

All rights, title,interests,claims,surplus and any related legal or equitable property interest associated with:The real property known as 3641 Travelers Court, Snellville, Ga [30039]; All fixtures,proceeds,rents and surplus funds derived therefrom; Any and all addministrative,custodial or constructive fiduciary obligations held by the Clerk or State of Georgia relationg thereof;any unclaimed or escheated funds or derivative securities held in custodianship by the Georgia Department of Revenue or related agencies. Said property and collateral is hereby lawfully conveyed and assigned to the VJF NETWORK RVOC LIVING TR, a private eccelsiastical trust, under full reservation of rights, without prejudice. This UCC-3 Fianacing Statement Amendment is executed by the living man and secured party in fact, Vinson Fraley Sr, Trustee, and private trust instrument. Notice: This assignment is ot for commercial purpose but serves as constructive notice of equitable redemption, trust administration, and privatee interest perfected in accordaance with equity jurisprudence.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Go to *www.irs.gov/FormW9* for instructions and the latest information.**

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

Print or type. See *Specific Instructions* on page 3.

1 Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

Vinson J. Fraley Sr. dba VJF NETWORK RVOC LIVING TR

2 Business name/disregarded entity name, if different from above.

VJF NETWORK RVOC LIVING TR

3a Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor ☐ C corporation ☐ S corporation ☐ Partnership ☑ Trust/estate

☐ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . . .

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) L

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)

*(Applies to accounts maintained outside the United States.)*

3b If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . ☐

5 Address (number, street, and apt. or suite no.). See instructions.

3641 Travelers Court

Requester's name and address (optional)

6 City, state, and ZIP code

Snellville , GA 30039

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___ – __ – ____

or

Employer identification number: 99 – 6540567

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person [signature] no prejudice Date 07-08-26

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they