# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 24-53705-JRS
**Case Name:** VINSON JERMAINE FRALEY, SR.

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 06/27/2024 (c)
**§ 341(a) Meeting Date:** 07/18/2024
**Claims Bar Date:** 10/31/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3641 Travelers Court, Snellville, GA 30039<br>Debtor claimed $415,000 exemption. Objection to exemption filed. Exemption set at maximum of $21,500. | 415,000.00 | 89,600.00 | | 0.00 | 415,000.00 |
| 2 | 1240 Rolling Lane, Statesville, NC 28677 | 140,000.00 | 100,400.00 | | 0.00 | 140,000.00 |
| 3 | 2018 Infiniti QX60<br>Notice of abandonment filed, Dkt # 78. | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2022 Toyota Camry<br>Notice of abandonment filed, Dkt # 78. | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2007 Honda Accord, 203k miles<br>Notice of abandonment filed, Dkt # 78. | 3,500.00 | 3,500.00 | OA | 0.00 | FA |
| 6 | 2005 Chevrolet Avalanche, 280k miles<br>Notice of abandonment filed, Dkt # 78. | 4,500.00 | 4,500.00 | OA | 0.00 | FA |
| 7 | Household goods and furnishings | 25,000.00 | 0.00 | | 0.00 | FA |
| 8 | Sports Equipment | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Shotguns; 9mm<br>Notice of abandonment filed, Dkt # 78. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | Everyday Clothes | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Account: Truist | 300.00 | 300.00 | | 0.00 | FA |
| 12 | Checking Account: Navy Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Savings Account: Truist | 4.00 | 4.00 | | 0.00 | FA |
| 14 | Savings Account: Navy Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 401(k) Allstate | 16,140.86 | 16,140.86 | | 0.00 | FA |
| 16 | Federal Tax Refund | 3,705.00 | 3,705.00 | | 0.00 | 3,705.00 |
| 17 | Georgia tax refund | 4,352.00 | 4,352.00 | | 0.00 | 4,352.00 |

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 24-53705-JRS
**Case Name:** VINSON JERMAINE FRALEY, SR.

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 06/27/2024 (c)
**§ 341(a) Meeting Date:** 07/18/2024
**Claims Bar Date:** 10/31/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | GPM Life (Natsha Fraley Beneficiary) | 200,000.00 | 200,000.00 | | 0.00 | FA |
| 19 | GPM Life (Vinson Fraley Beneficiary) | 150,000.00 | 150,000.00 | | 0.00 | FA |
| 20* | Public Trust (See Footnote) (See Footnote) | 1,045,132.33 | 0.00 | | 0.00 | FA |
| 21 | 0 Monroe Street (Iredell County) (u)<br>Value based on Iredell County Property value. No known liens. | 31,880.00 | 31,880.00 | | 0.00 | 31,880.00 |
| 22 | 3641 Travelers Court, Snellville, GA 30039<br>See asset # 1. Debtor listed asset twice in his bankruptcy schedules but Trustee finds that there is only one property at this address. | 415,000.00 | 0.00 | | 0.00 | FA |
| **22** | **Assets** **Totals** (Excluding unknown values) | **$2,507,514.19** | **$604,381.86** | | **$0.00** | **$594,937.00** |

RE PROP# 20 Asset Description per Schedules: Pursuant to senate resolution 62 dated April 17, 1973 of 73rd Congress 1st Session, Document 43, all property are placed in a public trust in the state "secured possessory Interest Claim- Title 26 of the certificate of live birth - Title of the yjflet Case 24-53105-title 24 of the vjflet See Exhibits B(1)(2),C and in chambers

# Form 1



# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 24-53705-JRS
**Case Name:** VINSON JERMAINE FRALEY, SR.

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 06/27/2024 (c)
**§ 341(a) Meeting Date:** 07/18/2024
**Claims Bar Date:** 10/31/2024

**Major Activities Affecting Case Closing:**

6/27/2024 - Case converted from Chapter 13.

8/1/2024 - Declared as an asset case and requested claims bar date be set. Abandoned vehicles and firearms.

8/16/2024 - Trustee objected to Debtor's exemptions.

8/16/2024 - Trustee is pursuing equity in three pieces of real property.

1/1/2025 - There are $88k in filed unsecured claims.

Various filings by Debtor have delayed administration including:
Notice of Appeal to District Court (Dkt 60)
Appellant's Request All Proceedings be Stayed Pending Resolution of Appeal (Dkt 61)
Motion to Consolidate Appeals (Dkt 69)
Motion to Consolidate Appeals (Dkt 75)
Motion for Relief from Chapter 7 Conversion and Formal Objection to Chapter 7 Proceedings (Dkt 81)
Motion for Contempt for Fairlure to Comply with Directive (Dkt 82)
Motion to Seal Records (Dkt 85)
Motion for Extension of Time and Expedited Consolidation (Dkt 86)
Motion for Stay Pending Appeal (Dkt 101)
Motion For Reconsideration And/Or Clarification Of Order Denying Motion To Dismiss Chapter 7 Case (Dkt 108)
Notice of Bond Pledge to Department of the Treasury, Internal Revenue Service (Dkt 110)
Motion of Repent (Dkt 113)
Notice of Debt Forgiveness (Dkt 114)
Motion for Reconsideration and/or Clarification of Order Denying Motion to Dismiss Case (Dkt 115)

6/30/2025 - Trustee intends to sell properties in North Carolina to satisfy filed claims.

7/30/2026 - Trustee has discovered that Debtor made unauthorized transfers of real property. Trustee is investigating Chapter 5 claims to avoid those transfers and will then liquidate the recovered property interests.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026 **Current Projected Date Of Final Report (TFR):** 12/31/2027