# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

In re: **VINSON JERMAINE FRALEY SR.**

Case No. **24-53705-JRS**
Chapter 7

## NOTICE OF FILING OF FINAL DEFICIENCY ITEMS FOR AMENDED SCHEDULES

To Whom It May Concern:

Please take notice that on **August 11, 2026**, the Debtor is submitting the remaining documents and information required to cure the deficiencies identified in the **Notice of Deficiency dated July 30, 2026**, concerning the amended Schedules A/B and D filed on July 29, 2026.

The documents submitted with this Notice are intended to provide the **final deficiency items required in connection with the amendment** and to complete the requested corrections to the filing.

Copies of the applicable deficiency documents and updated creditor information are also being provided to the **United States Trustee**, **Chapter 7 Trustee S. Gregory Hays**, and **VJF Network Revocable Living Trust.**

Respectfully submitted,

[signature]

**VINSON JERMAINE FRALEY SR.**
Debtor, Pro Se

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 AUG 11 P 1:22
VANIA S. ALLEN
CLERK
BY: ______
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I certify that on the **11th day of August, 2026**, I served the Notice of Filing of Final Deficiency Items for Amended Schedules, together with the applicable documents, by depositing true and correct copies in the United States Mail, first-class postage prepaid, addressed to the parties entitled to service, including the **United States Trustee**, **Chapter 7 Trustee S. Gregory Hays**, and **VJF Network Revocable Living Trust**.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **August 11, 2026**

[signature]

**VINSON JERMAINE FRALEY SR.**
Debtor, Pro Se

Fill in this information to identify your case:

Debtor 1 VINSON JERMAINE FRALEY SR.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number 24-53705-jRS
(If known)

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 322,100.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 226,280.02 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 548,380.02 |

### Part 2: Summarize Your Liabilities

Conveyed All Interest to Trust REZ

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 322,100.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 73,052.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 0 |
| **Your total liabilities** | $ 385,052 |

Conveyed All Interest to Trust REZ

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 6720.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 6162.00 |

Debtor 1 VINSON JERMAINE FRALEY SR.
First Name Middle Name Last Name

Case number (if known) 24-53705-jRS

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 6220.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ Ø N/A |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ Ø N/A |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ N/A |
| 9d. Student loans. (Copy line 6f.) | $ 16,000.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ N/A |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 1975.33 |
| 9g. **Total.** Add lines 9a through 9f. | $ 17,975.33 |

CONVEYED All INTEREST TO TRUST REZ

Fill in this information to identify your case:

Debtor 1 VENISON JERMAINE FRALEY SR.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number 24-53705-JRS
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ Venison J Fraley Sr. UCC 1-308 w/o prejudice
Signature of Debtor 1

Date 08/02/2026
MM / DD / YYYY

✗ ______________________
Signature of Debtor 2

Date ____________
MM / DD / YYYY

**AMENDED**

# Mailing List of Creditors

## Debtor 1

**VJF NETWORK REVOCABLE LIVING TRUST**

**P.O. BOX 870302**

**STONE MOUNTAIN GEORGIA 30087**

# AMENDED
# FINAL MASTER CREDITOR/SERVICE LIST

United States Bankruptcy Court
Northern District of Georgia
Case No. 24-53705-JRS

**1. VJF NETWORK REVOCABLE LIVING TRUST**
P.O. BOX 870302
STONE MOUNTAIN, GA 30087

**2. Synchrony Bank / Belk**
P.O. Box 71757
Philadelphia, PA 19176

**3. Synchrony Bank / Lowe's**
P.O. Box 71727
Philadelphia, PA 19176

**4. Synchrony Bank / CareCredit**
P.O. Box 71757
Philadelphia, PA 19176

**5. Synchrony Bank / Havertys**
P.O. Box 71757
Philadelphia, PA 19176

**6. Synchrony Bank / Ashley**
P.O. Box 71757
Philadelphia, PA 19176

**7. First PREMIER Bank**
3820 N. Louise Ave.
Sioux Falls, SD 57107

**8. Capital One**
P.O. Box 30285 (or address on schedules)

**9. American Express National Bank c/o Beckett & Lee LLP**
P.O. Box 3001
Malvern, PA 19355-0701

**10. Navy Federal Credit Union**
P.O. Box 3000
Merrifield, VA 22119

**11. Wells Fargo / Dillard's**
P.O. Box 393
Minneapolis, MN 55440

**12. Southeast Toyota Finance**
P.O. Box 971614
Mobile, AL 36691

**13. Cinch Auto Finance**
10800 Alpharetta Hwy., Suite 208 #750
Roswell, GA 30076

**14. U.S. Department of Education c/o Nelnet**
121 S. 13th Street
Lincoln, NE 68508

**15. World Omni Financial Corp. c/o H. Michael Solloa, Jr., Esq., Tripp Scott, P.A.**
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301

**16. Wells Fargo Bank, N.A.**
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

**17. LVNV Funding, LLC c/o Resurgent Capital Services**
P.O. Box 10587
Greenville, SC 29603-0587

**18. Jefferson Capital Systems, LLC**
P.O. Box 7999
St. Cloud, MN 56302-9617

**19. Flagstar Bank, N.A.**
5151 Corporate Drive
Troy, MI 48098-2639

**20. Rocket Mortgage, LLC**
Use address listed on amended Schedule D

**21. NEW REZ LLC**
P.O. Box 10826
Greenville, SC 29603

**22. U.S. Bank Trust Company, National Association c/o Padgett Law Group**
Attn: Alexa Stinson, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**23. Enterprise**
P.O. Box 801988
Kansas City, MO 64180

**24. AFA Agency, Inc.**
P.O. Box 11600
Montgomery, AL 36191-1601

**25. State Farm Insurance**
P.O. Box 52265
Phoenix, AZ 85072-2265

**26. Government Personnel Mutual Life Insurance Company**
2211 NE Loop 410
San Antonio, TX 78217

**27. PHH Mortgage Services**
One Mortgage Way
Mount Laurel, NJ 08054

**28. United States Trustee**
Office of the United States Trustee
362 Richard B. Russell Federal Building
Atlanta, GA 30303

**29. Chapter 7 Trustee - S. Gregory Hays**
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305