FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 SEP 17 A 9:02
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: VINSON JERMAINE FRALEY SR.
Case No. 24-53705-JRS
Chapter 7

# COVER LETTER - REQUEST TO FILE EMERGENCY BILL OF INJUNCTION

To the Honorable Clerk of the Court:

I, Vinson Jermaine Fraley Sr., submit this cover letter to accompany my Emergency Bill of Injunction, Notice of Equitable Intervention and Demand to Cease, Certificate of Service, and Exhibits A through G.

I respectfully request that the enclosed documents be filed and annexed to my pending cause in the above-referenced matter (Case No. 24-53705-JRS). This filing is made in equity to invoke the protection of this Court of Conscience, to prevent a multiplicity of actions, and to shield a surety from double vexation.

The enclosed documents are:

1. Emergency Bill of Injunction
2. Notice of Equitable Intervention and Demand to Cease
3. Certificate of Service (with Certified Mail receipts)
4. Exhibits A through G

Thank you for your assistance in placing this upon the record.

Respectfully submitted this 16 day of September, 2026.

VINSON JERMAINE FRALEY SR.
Debtor, Pro Se
3641 Travelers Court, Snellville, GA 30039
Without Prejudice - All Rights Reserved

# IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS
# IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE

TO THE CHANCELLOR OF EQUITY:

NOW COMES your orator, Vinson Jermaine Fraley Sr., and Natasha Tamara Brown Fraley, a surety, appearing in propria persona and in equity, and respectfully show unto this Honorable Court of Conscience the following:

## I. THE PARTIES AND IDENTITY

1. Your orator, Vinson Jermaine Fraley Sr., is a living man and the same person named in the State Court action.

2. Your oratrix, Natasha Tamara Brown Fraley, is the wife of your orator and a mere surety on the underlying debt.

3. The defendants in this matter are The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance ("Cinch"), and their agents, Lefkoff, Rubin, Gleason, Russo & Smith, P.C.

## II. THE FACTS OF UNCONSCIONABILITY

4. Your orator has previously submitted his estate to the jurisdiction of a prior court of conscience, and that matter remains pending.

5. In August 2024, Cinch lifted the shield of the prior court and repossessed your orator's vehicle.

6. On October 24, 2024, Cinch sold the vehicle for $15,600.00.

7. On October 29, 2024, Cinch issued a notice claiming a deficiency of $30,979.77, including $3,621.93 in attorney's fees.

8. Yet, on July 9, 2025, in an Affidavit of Indebtedness filed in the State Court, Cinch swore under oath that the principal amount owed was only $23,081.04. This is a discrepancy of nearly $8,000, proving their accounting is a sham and their demands are unconscionable.

9. On August 4, 2025, Cinch filed a Summons and Complaint in the State Court of Gwinnett County against your oratrix, Natasha, who is a mere surety. They later moved to add your orator, Vinson, to the same suit.

10. Your orator attempted to settle this matter in good faith by mailing a $5.00 money order to the attorneys on March 13, 2026. The attorneys refused it, returning the tender.

## III. THE MAXIMS OF EQUITY

11. Lis Pendens: The matter is already pending before a prior court. The State Court action is a multiplicity of actions.

12. Accessorius sequitur principale: Your oratrix, Natasha, is a surety. Her liability follows the principal debt. She cannot be separately vexed while the principal debt is under the Chancellor's cognizance.

13. Nemo bis vexari pro eadem causa: No one should be twice harassed for the same cause. Cinch seeks a second harvest by demanding fees and deficiencies after already taking the vehicle.

## IV. PRAYER FOR RELIEF

WHEREFORE, your orators pray that this Court of Conscience:

(a) Issue a Writ of Prohibition restraining Cinch and their attorneys from taking any judgment against your orators in the State Court on September 30, 2025.

(b) Command Cinch to bring their entire claim, including their contradictory deficiency demands, before this Court for a full accounting.

(c) Award such other and further relief as equity and good conscience may require.

Respectfully submitted this 14 day of September, 2026. VF

Vinson Jermaine Fraley Sr.
(Pro Se, In Propria Persona)
Without Prejudice - All Rights Reserved

**VERIFICATION**

I, Vinson Jermaine Fraley Sr., declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed on this 14 day of September, 2026. VF

Vinson Jermaine Fraley Sr.

**NOTARY ACKNOWLEDGMENT**

State of Georgia )
County of DeKalb )

Before me, the undersigned Notary Public, personally appeared Vinson Jermaine Fraley Sr., known to me or proved to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes therein expressed.

Notary Public

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

TO: The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance
10400 Old Alabama Connector Rd, Suite 100, Alpharetta, GA 30022

AND TO: Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
Attn: Alexandria Capers
5555 Glenridge Connector, Suite 900, Atlanta, GA 30342

## NOTICE OF EQUITABLE INTERVENTION AND DEMAND TO CEASE

TAKE NOTICE that the debt underlying your State Court action is already listed in a prior submission pending in a prior court of conscience.

Your attempt to sue the surety, Natasha Tamara Brown Fraley, separately, and your motion to add Vinson Jermaine Fraley Sr. to the same suit, is a multiplicity of actions, double vexation, and a violation of the maxims of equity. Your contradictory deficiency letters (23,081.04) reveal an unconscionable accounting.

I have tendered a $5.00 good-faith money order, which you have refused.

TAKE FURTHER NOTICE that I hereby invoke the protection of the Chancellor in the Court of Conscience. Any further action you take in the State Court, including proceeding on September 30, 2026 VF, will be met with an Emergency Bill of Injunction, a Writ of Prohibition, and a prayer for all costs and damages for vexatious litigation.

This notice is given in good conscience, and you are warned to cease until the Chancellor directs otherwise.

Dated this 14 day of September, 2026 VF

[signature]

Vinson Jermaine Fraley Sr.
3641 Travelers Court, Snellville, GA 30039
Without Prejudice - All Rights Reserved

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| THE CREDIT UNION LOAN SOURCE, LLC d/b/a CINCH AUTO FINANCE,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA TAMARA BROWN FRALEY, and VINSON JERMAINE FRALEY SR.,<br><br>Defendants. | CIVIL ACTION FILE NO. 25-C-08962-S3 |

## CERTIFICATE OF SERVICE

I, Vinson Jermaine Fraley Sr., certify that on this ____ day of September, 2026, I served a true and correct copy of the Notice of Equitable Intervention and Demand to Cease, together with the Emergency Bill of Injunction and Exhibits A through E, upon the following by United States Certified Mail, return receipt requested:

The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance
Registered Agent: William Moniz
3820 Mansell Road, Suite 140
Alpharetta, Georgia 30022

Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
Attn: Alexandria Capers
5555 Glenridge Connector, Suite 900
Atlanta, Georgia 30342

Respectfully submitted this 16 day of September, 2026.

[signature]

Vinson Jermaine Fraley Sr.
Pro Se
3641 Travelers Court
Snellville, Georgia 30039
Without Prejudice - All Rights Reserved

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

[signature]

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**

**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# EXHIBIT A

## STATE COURT SUMMONS, COMPLAINT, AND MOTION TO ADD PARTY

The documents annexed hereto are true and correct copies of the State Court filings against the surety, Natasha Tamara Brown Fraley, and the motion to add the principal, Vinson Jermaine Fraley Sr. They show the multiplicity of actions and the vexation of a surety.

Vinson Jermaine Fraley Sr.

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

THE CREDIT UNION LOAN SOURCE, LLC
D/B/A CINCH AUTO FINANCE

CIVIL ACTION: 25-C-08962-S3

VS.

VENSON FRALEY
3641 Travelers Ct
Snellville, GA 30039
DEFENDANT

SUMMONS

TO THE ABOVE-NAMED DEFENDANT
You are hereby summoned and required to file with the Clerk of STATE Court, 75 Langley Drive, Lawrenceville, GA, 30046 and serve upon the Plaintiff's attorney, whose name and address is:

ALEXANDRIA CAPERS
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ________ day of ______, 2026.

Clerk of State Court

By:______________________________

Deputy Clerk

EFILED IN OFFICE
CLERK OF STATE COURT
GWINNETT COUNTY, GA
25-C-0
8/4/2025
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

THE CREDIT UNION LOAN SOURCE, LLC
D/B/A CINCH AUTO FINANCE

CIVIL ACTION

VS.

Natasha Brown Fraley
3641 Travelers Ct
Snellville, GA 30039
DEFENDANT

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT
You are hereby summoned and required to file with the Clerk of STATE Court, 75 Langley Drive, Lawrenceville, GA, 30046 and serve upon the Plaintiff's attorney, whose name and address is:

ALEXANDRIA CAPERS
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ________ day of ________, 2025.
4th day of August, 2025

Tiana P. Garner
Clerk of State Court

By: ______________________

Deputy Clerk

E-FILED IN OFFICE
CLERK OF STATE COURT
GWINNETT COUNTY GEORGIA
25-C-08962
8/4/2025
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

THE CREDIT UNION LOAN SOURCE, LLC D/B/A CINCH AUTO FINANCE

PLAINTIFF,

V.

NATASHA BROWN FRALEY

DEFENDANT.

CIVIL ACTION

FILE NO. 25-C-08962-S3

**COMPLAINT**

NOW COMES Plaintiff The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance ("Plaintiff") and for its Complaint against Defendant Natasha Brown Fraley ("Defendant") shows this Court as follows:

**GENERAL ALLEGATIONS**

1.

Defendant Natasha Brown Fraley ("Defendant") is a natural person residing at 3641 Travelers Ct Snellville, GA 30039. Defendant may be served at said address.

2.

Defendant is subject to the jurisdiction of this Court.

3.

Pursuant to the terms of the Retail Installment Sale Contract and supporting documents, attached to the Affidavit of Jasmine Watson as Exhibit "A" and incorporated herein by reference, Defendant is liable to Plaintiff for the principal amount of $23,081.04.

4.

Pursuant to O.C.G.A. §13-1-11, Defendant is hereby notified that Plaintiff intends to enforce the provisions in the contract relative to payment of attorney's fees in addition to payment of principal and interest, if any. Defendant is further notified that they have ten (10) days from the receipt of this Complaint to pay the principal and interest, if any, due under the contract without the attorney's fees. If Defendant pays the principal and interest, if any, in full before the expiration of such time, then the obligation to pay the attorney's fees shall be void and unenforceable.

5.

Plaintiff is entitled to judgment against Defendant for the total indebtedness Plaintiff is owed together with costs and attorney's fees.

WHEREFORE, Plaintiff demands:

(a) That summons issue as provided by law;

(b) That it have judgment against Defendant for:

(1) Principal in the amount of $23,081.04;

(2) Post-Judgment Interest thereafter on said principal amount as provided by law; and

(3) Attorney's fees of 15% of the first $500.00 of the principal and interest due and owing and 10% of the balance.

(c) That it be awarded all costs of this action; and

(d) That it have such other and further relief as is just and proper.

July 23, 2025

The Law Office of
Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
Attorney for Plaintiff

By: ____________________
Alexandria Capers
Ga. State Bar No.808823

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
acapers@lrglaw.com
CM39940

**AFFIDAVIT OF INDEBTEDNESS**

Plaintiff: THE CREDIT UNION LOAN SOURCE, LLC D/B/A CINCH AUTO FINANCE

Defendants: Natasha Brown Fraley

Personally appeared Jasmine Watson, who testifies under oath and of her own personal knowledge as follows:

1.

My name is Jasmine Watson. I am more than eighteen (18) years of age and at all times material to this action was and am the Loss Mitigation Coordinator for The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance.

2.

I am giving this Affidavit for use in support of Plaintiff's Complaint and for any other purpose authorized by law.

3.

In my capacity as the Loss Mitigation Coordinator for Plaintiff, I have access to Plaintiff's books and records and am intimately familiar with the manner in which the books, records, and accounts of Plaintiff are kept.

4.

I am personally familiar with the transactions between Plaintiff and Defendants.

5.

In my position with Plaintiff, it is my duty and responsibility to monitor and keep abreast of this account including payments made and amounts due.

6.

I have monitored and maintained Plaintiff's account of the Defendants.

7.

The records maintained on the account of Defendants, including the documents attached hereto as Exhibit "A," are maintained in the regular course of business and were made at or near the time of the accounting entries and computations involved therein.

8.

On January 11, 2022, Defendants executed a Retail Installment Sale Contract (the "Contract") whereby Defendants purchased a 2018 Infiniti QX60 (the "Collateral") from Nalley Infiniti Atlanta, as more particularly described in the Contract attached hereto as Exhibit "A" and incorporated herein by reference. On the same day, Nalley Infiniti Atlanta assigned Defendants' loan to The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance.

9.

Defendants defaulted on their obligations under the Contract and caused Plaintiff to repossess the Collateral on August 16, 2024. As shown by the Records, Plaintiff sent a notice of its intent to sell the Collateral. The notice was sent by certified mail on August 19, 2024.

10.

On October 24, 2024, the Collateral was sold at a private auction house, well established in the business of selling vehicles and handling a large volume of repossessed vehicles, for wholesale market value in a manner customary for liquidation of repossessed motor vehicles. The Collateral was sold for $15,600.00.

11.

The auctioneer that handled the sale is an auctioneer that handles these types of private sales routinely throughout the Southeastern United States. One of their goals is to obtain the most proceeds from the sale as they can possibly obtain.

12.

The net proceeds of the sale were applied to the account, yielding a deficiency balance

13.

Defendants owe Plaintiff the principal amount of $23,081.04. Attached hereto as Exhibit "A" are true and correct copies of the loan documents and account statement evidencing the indebtedness due and owing.

14.

The indebtedness owed by Defendants has not been satisfied by Defendants or by any other person or entity on their behalf.

15.

The law firm of Lefkoff, Rubin, Gleason, Russo & Smith, P.C. has been employed by Plaintiff to collect the amount owed to Plaintiff by Defendants.

FURTHER AFFIANT SAYETH NOT.

Jasmine Watson

Sworn to and Subscribed before me
this 9th day of July, 2025.

Notary Public

exp. 9/18/28

LAKELL HIGHTOWER NOTARY PUBLIC DOUGLAS COUNTY, GEORGIA

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| THE CREDIT UNION LOAN SOURCE, LLC D/B/A CINCH AUTO FINANCE PLAINTIFF, | : | CIVIL ACTION FILE NO. 25-C-08962-S3 |
| V. | : | |
| NATASHA BROWN FRALEY VENSON FRALEY DEFENDANTS. | : | |

**AMENDED COMPLAINT**

NOW COMES Plaintiff The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance ("Plaintiff") and for its Amended Complaint against Defendant Natasha Brown Fraley & Venson Fraley ("Defendant") shows this Court as follows:

**GENERAL ALLEGATIONS**

1.

Defendant Natasha Brown Fraley ("Defendant A") is a natural person residing at 3641 Travelers Ct Snellville, GA 30039. Defendant may be served at said address.

2.

Defendant Venson Fraley ("Defendant B") is a natural person residing at 3641 Travelers Ct Snellville, GA 30039. Defendant may be served at said address.

2.

Defendants are subject to the jurisdiction of this Court.

3.

Pursuant to the terms of the Retail Installment Sale Contract and supporting documents, attached to the Affidavit of Jasmine Watson as Exhibit "A" and incorporated herein by reference, Defendants are liable to Plaintiff for the principal amount of $23,081.04.

4.

Pursuant to O.C.G.A. §13-1-11, Defendants are hereby notified that Plaintiff intends to enforce the provisions in the contract relative to payment of attorney's fees in addition to payment of principal and interest, if any. Defendants are further notified that they have ten (10) days from the receipt of this Complaint to pay the principal and interest, if any, due under the contract without the attorney's fees. If the Defendants pays the principal and interest, if any, in

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| THE CREDIT UNION LOAN SOURCE,LLC D/B/A CINCH AUTO FINANCE, Plaintiff, | : | CIVIL ACTION FILE NO. 25-C-08962-S3 |
| v. | : | |
| NATASHA BROWN FRALEY, Defendant. | : | |

## MOTION TO ADD PARTY DEFENDANT

COMES NOW, The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance (hereinafter referred to as "Plaintiff") and moves the court for an order adding and joining as a party defendant, Venson Fraley, and directing that appropriate service of this motion, order, and amendment be made upon Natasha Brown Fraley. In so doing, Plaintiff shows the court as follows:

1.

The evidence which has been developed suggests that Venson Fraley is a natural person who is liable jointly and severally with Defendant Natasha Brown Fraley.

WHEREFORE, plaintiff prays that this motion to add Defendant be granted and that the Court enter an order providing as follows:

(a) That Venson Fraley be added as a Defendant in the above-captioned case which is presently pending in this court;

(b) That the court allow an amendment to the Complaint to be filed;

(c) That this motion and the Court's order, together with the amendment and all other pleadings in this case, be served as provided by law; and,

(d) That Venson Fraley file his defensive pleadings within the time provided by law.

Respectfully submitted,

This 14 day of August, 2025.

The Law Office of
LEFKOFF, RUBIN, GLEASON,
RUSSO & SMITH, P.C.
Attorneys for Plaintiff

By: [signature]
Alexandria Capers
Georgia State Bar No. 808823

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
Phone (404) 869-6900
Fax (404) 869-6909
acapers@lrglaw.com
CM 39940

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**

**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# EXHIBIT B

## CONTRADICTORY DEFICIENCY LETTER AND STATE COURT AFFIDAVIT

The documents annexed hereto are true and correct copies of Cinch's October 29, 2024, deficiency letter claiming $30,979.77, and their July 9, 2025, sworn Affidavit of Indebtedness claiming only $23,081.04. This discrepancy of nearly $8,000 reveals an unconscionable and uncertain accounting.

Vinson Jermaine Fraley Sr.

cinch
10400 Old Alabama Connector Rd
Suite 100
Alpharetta, GA 30022-8270

866-612-2857
cinchfinance.com

10/29/2024

VENSON FRALEY
3641 TRAVELERS CT
SNELLVILLE GA 30039-8656

Account No 7042
Retail Installment Sale Contract or Loan and Security Agreement ("Agreement") dated: 01/11/2022
Vehicle: 2018 INFINITI QX60 VIN 5N1DL0MN0JC524582

Explanation of Calculation of Surplus or Deficiency

Dear VENSON FRALEY :

Please be advised that we disposed of the Vehicle on 10/24/2024. The proceeds of the sale have been applied as explained below. If you financed a premium for credit insurance under your Agreement, you may be entitled to a refund of any unearned portion of the premium.

| | | | | |
|---|---|---|---|---|
| 1 | Unpaid balance of Agreement as of the date of sale (prior to sale proceeds) | | | $ 40,639.05 |
| 2 | Rebate of unearned finance charges as of date of this notice (if any) | - | $ 0.00 | |
| 3 | Accrued and unpaid late fees | + | | $ 457.29 |
| 4 | Gross proceeds from the sale of the Vehicle | - | $ 15,600.00 | |
| 5 | Costs of retaking the Vehicle - including storage | + | | $ 839.00 |
| 6 | Costs of preparing the Vehicle for sale | + | | $ 882.50 |
| 7 | Costs of selling the Vehicle | + | | $ 140.00 |
| 8 | Attorneys' fees and court costs | + | | $ 3,621.93 |
| 9 | Other costs (NSF fees) | + | | $ 0.00 |
| 10 | Credit: Rebate of unearned insurance premiums | - | | |
| 11 | Credit: | - | | |
| 12 | Balance due after sale** | | | $ 30,979.77 |

(The checked box applies to you).

☒Deficiency balance for which you are liable and for which demand* is hereby made $ 30,979.77.**
☐Surplus balance remitted to you herewith $__________.**
☐Surplus balance paid to a subordinate party $__________.

***Future debits, credits, charges, finance charges or interest, rebates or other expenses may affect this amount.*

If you need more information about the transaction call us at 1-866-612-2857 or write to us at the address shown above.

Sincerely,

Craig Mahoney, Director of Client Operations

We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. Unless the NOTICE below applies to you, we are attempting to collect a debt.

NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR

LRGRS
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
ATTORNEYS AT LAW

5555 Glenridge Connector, Suite #900, Atlanta, GA 30342
(404) 869-6900 (Monday – Friday 8am to 4pm ET)
www.lrglaw.com

June 3, 2025

TO: Venson Fraley
3641 Travelers Ct
Snellville, GA 30039

Firm Reference Number: CM 39940

Lefkoff, Rubin, Gleason, Russo & Smith, P.C. is a debt collector. We are trying to collect a debt that you owe to The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance. We will use any information you give us to help collect the debt.

## Our information shows:

You have a debt with The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance with account number XXX7042.

| | | |
|---|---|---|
| As of December 26, 2024, you owed: | | $23,081.04 |
| Between December 26, 2024, and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| Total amount of the debt now: | | $23,081.04 |

Accepted for Value, Return for discharge Exempt from levy pay to the order of the United States Treasury By Lindy Lindy in 32410342 [illegible] Beneficiary Beneficiary
IRS 6334(A)(9) $23,081.04
UCC 3-306 Twenty Three Thousand Eighty One And 04/100
UCC 3-311

## How can you dispute the debt?

- Call or write to us by July 11, 2025, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- If you write to us by July 11, 2025, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by July 11, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

Mail this form to:
Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
5555 Glenridge Connector, Suite #900
Atlanta, Georgia 30342

Venson Fraley
3641 Travelers Ct
Snellville, GA 30039

## How do you want to respond?

*Check all that apply:*

- ☐ I want to dispute the debt because I think:
  - ☐ This is not my debt
  - ☐ The amount is wrong
  - ☐ Other (please describe on reverse or attach additional information)
- ☐ I want you to send me the name and address of the original creditor.

## IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS
## IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE

# VERIFICATION AND TRANSCRIPTION OF EXHIBIT B
## JUNE 3, 2025 LETTER FROM LEFKOFF, RUBIN

I, Vinson Jermaine Fraley Sr., declare under penalty of perjury that the following is a true and correct transcription of a letter received from Lefkoff, Rubin, Gleason, Russo & Smith, P.C., dated June 3, 2025, regarding Account No. XXX7042.

I declare that I made certain handwritten notations upon the original letter, which are fictions of commerce and do not alter the printed terms of the creditor's demand. I hereby strike those notations from the record. The true and correct printed text of the creditor's demand is as follows:

Date: June 3, 2025

From: Lefkoff, Rubin, Gleason, Russo & Smith, P.C.

To: Venson Fraley, 3641 Travelers Ct, Snellville, GA 30039

Firm Reference Number: CM 39940

Our information shows:

You have a debt with The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance with account number XXX7042.

As of December 26, 2024, you owed: 23,081.04

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 15 day of September, 2026.

Vinson Jermaine Fraley Sr.
(Pro Se, In Propria Persona)
Without Prejudice - All Rights Reserved

**NOTARY ACKNOWLEDGMENT**

State of Georgia )
County of DeKalb )

Before me, the undersigned Notary Public, personally appeared Vinson Jermaine Fraley Sr., known to me or proved to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes therein expressed.

Notary Public

My commission expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**

**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# EXHIBIT C

## PRIOR COURT SUBMISSION AND AMENDED SCHEDULES

The documents annexed hereto are true and correct copies of the Notice of Bankruptcy Case Filing and the Amended Schedules. They show that the principal debt is already under the prior court's cognizance, establishing Lis Pendens and preventing a second harvest.

Vinson Jermaine Fraley Sr.

United States Bankruptcy Court
Northern District of Georgia

## Notice of Bankruptcy Case Filing

U.S. BANKRUPTCY COURT
FILED
04/11/2024
12:41 PM
NORTHERN DISTRICT OF GEORGIA

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 04/11/2024 at 12:45 PM and filed on 04/11/2024.

**Vinson Jermaine Fraley, Sr.**
3641 Travelers Court
Snellville, GA 30039
SSN / ITIN: xxx-xx-1975
*aka* **Vinson Jermaine Fraley**

The case was assigned case number 24-53705.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vania S. Allen**
**Clerk, U.S. Bankruptcy Court**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

In re: VINSON JERMAINE FRALEY SR.
Case No. 24-53705-JRS
Chapter 7

## NOTICE OF FILING OF AMENDED SCHEDULES

To Whom It May Concern:

Please take notice that amended Schedules A/B and D were filed in the above-captioned Chapter 7 bankruptcy case on July 29, 2026. This mailing is provided as notice of that filing. Enclosed are copies of the documents being served with this notice. This notice is sent in connection with the amendment filed in the case.

Respectfully submitted,

[signature] w/o prejudice UCC 1-308
VINSON JERMAINE FRALEY SR.
Debtor, Pro Se

## CERTIFICATE OF SERVICE

I certify that on the 31 day of July, 2026, I served the Notice of Filing of Amended Schedules together with the enclosed amended documents by depositing true and correct copies in the United States Mail, first-class postage prepaid, addressed to the parties entitled to service.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/31/2026

[signature] w/o prejudice UCC 1-308
VINSON JERMAINE FRALEY SR.
Debtor, Pro Se

COPY

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 JUL 29 P 2:04

VANIA S. ALLEN
CLERK
BY: [signature]
DEPUTY CLERK

**Fill in this information to identify your case and this filing:**

Debtor 1: VINSON JERMAINE FRALEY SR.
First Name Middle Name Last Name

Debtor 2 (Spouse, if filing): ______
First Name Middle Name Last Name

United States Bankruptcy Court for the: Northern District of GEORGIA

Case number: 24-53705-JRS

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☐ Yes. Where is the property?

1.1. 3641 Travelers Court
Street address, if available, or other description

Snellville, GA 30039
City State ZIP Code

Gwinnett
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☒ Other TRUST RES

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only N/A Debtor HAS NO INTEREST
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 410,000.00
**Current value of the portion you own?** $ 0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
CONVEYED ALL INTEREST

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 2024-001565

If you own or have more than one, list here:

1.2. 1240 ROLLING LANE
Street address, if available, or other description

Statesville, NC 28677
City State ZIP Code

IREDELL
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land N/A Debtor HAS NO INTEREST
☐ Investment property
☐ Timeshare
☒ Other TRUST RES

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 120,000.00
**Current value of the portion you own?** $ 0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
CONVEYED ALL INTEREST

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 2024094397

**Fill in this information to identify your case:**

Debtor 1: VINSON JERMAINE FRALEY SR. (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of GEORGIA

Case number (If known): 24-53705-JRS

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| 2.1 | $268,000.00 | $470,000.00 | $227,666.28 |
| 2.2 | $44,000.00 | $120,000.00 | $25,288.61 |

**2.1** VJF Network Rvoc living TRUST
Creditor's Name
P.O. BOX 870302
Number Street
Stone Mountain GA 30087
City State ZIP Code

**Describe the property that secures the claim:** 2024-0015615 CONVEYED ALL INTEREST TO TRUST NOW TRUST RES

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) TRUST RES

**Date debt was incurred** 12/29/2017 **Last 4 digits of account number** RF 253 921 307 US

**2.2** VJF Network Rvoc LV TRUST
Creditor's Name
PO. BOX 870302
Number Street
StoneMtn GA 30087
City State ZIP Code

**Describe the property that secures the claim:** 2024 094297 CONVEYED ALL Interest to TRUST Now TRUST RES

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) TRUST RES

**Date debt was incurred** 09/12/2006 **Last 4 digits of account number** RF253 921 307 US

**Add the dollar value of your entries in Column A on this page. Write that number here:** $312,000

Debtor 1 VINSON JERMAINE FRALEY SR.
First Name Middle Name Last Name
Case number (if known) 24-53705-JRS

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| KJF Network Pvt Living TR | $51,615.00 | $51,615.00 | $30,979.72 |

Creditor's Name: KJF Network Pvt Living TR
PO BOX 870302
Number Street
STONE Mountain, GA. 30087
City State ZIP Code

**Describe the property that secures the claim:**
VIN# 5N1DLOMN0JC524582

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) TRUST RES

**Date debt was incurred** 01/11/2022
**Last 4 digits of account number** RF 253921307 US

| | Column A | Column B | Column C |
|---|---|---|---|
| KJF Network Pvt Living TR | $42,000.00 | $42,000.00 | $23,696.96 |

Creditor's Name: KJF Network Pvt Living TR
PO. BOX 870302
Number Street
Stone Mountain, GA. 30087
City State ZIP Code

**Describe the property that secures the claim:**
VIN# 4T1C11BKXNU053802

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) TRUST RES

**Date debt was incurred** 01/08/2022
**Last 4 digits of account number** RF253921307 US

| | Column A | Column B | Column C |
|---|---|---|---|
| ☐ ____ | $____ | $____ | $____ |

Creditor's Name
Number Street
City State ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____

**Date debt was incurred** ____
**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $____

Debtor 1 VINSON JERMAINE FRALEY SR. Case number (if known) 24-53705-JRS
First Name Middle Name Last Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

☒ THE Cred of UnionLaw Sance dba CINCH Auto FINANCE
Name
PO Box 58270
Number Street
CARMEL, IN 46082
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** 7 0 4 2

CONVEYED TO THE VJF RVOC LIVING TR

☐ ____
Name
____
Number Street
____
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** ___ ___ ___ ___

☐ ____
Name
____
Number Street
____
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** ___ ___ ___ ___

☐ ____
Name
____
Number Street
____
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** ___ ___ ___ ___

☐ ____
Name
____
Number Street
____
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** ___ ___ ___ ___

☐ ____
Name
____
Number Street
____
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** ____
**Last 4 digits of account number** ___ ___ ___ ___

Print | Save As... | Add Attachment | Reset

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**

**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# EXHIBIT D

## GOOD FAITH TENDER AND REFUSAL

The documents annexed hereto are true and correct copies of the $5.00 Money Order receipt and the March 13, 2026, letter from Lefkoff, Rubin refusing the tender. They show your orator's good-faith attempt to settle and the creditor's refusal to deal fairly.

Vinson Jermaine Fraley Sr.

L|R|G|R|S
RUBIN, GLEASON, RUSSO & SMITH, P.C.
ATTORNEYS AT LAW
...nridge Connector • Suite 900 • Atlanta, GA 30342

ATLANTA GA RPDC 302
16 MAR 2026 PM 8 L

US POSTAGE
ZIP 30342 $ 000.74
02 7W
0008042810 MAR 13 2026

ADDRESS SERVICE REQUESTED

30039-866641

Exhibit D

# CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to LEFKOFF, Rubin, Gleason, Russo & Smith P.C.
Address 5555 Glenridge Connector
Atlanta GA 30342

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 38142984442 | 2026-03-02 | 300390 | $5.00 | 22 |

# POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE

Serial Number 38142984442
Year, Month, Day 2026-03-02
300390
U.S. Dollars and Cents $5.00
Amount Five Dollars and 00/100 ****************************

Pay to LEFKOFF, Rubin, Gleason, Russo & Smith, P.C.
Address 5555 Glenridge Connector #900
Atlanta, GA 30342
Memo Civil Action No 25-CV-089625
Clerk 22
From VINSON FRALEY
Address 3641 TRAVELERS Court
Snellville, Georgia 30039

© 2017 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000001193⑆ 38142984442⑈

Exhibit D

L|R|G|R|S

LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
ATTORNEYS AT LAW

Philip L. Rubin
Andrew D. Gleason
Adam S. Russo
Kristi S. Williams
Alexandria G. Capers
Paresh Maharaj

Craig B. Lefkoff, *Emeritus*

5555 Glenridge Connector • Suite 900 • Atlanta, GA 30342

**Main** Phone 404.869.69
Fax 404.869.69

**Real Estate Closings** Phone 404.869.68
Fax 404.869.02
www.lrglaw.cc

March 13, 2026

Venson Fraley
3641 Travelers Ct
Snellville, GA 30039

Re: The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance (Creditor to whom the debt is owed)
Account No: XXX7042
Firm File No: CM 39940

Dear Venson Fraley:

This firm represents the above-named creditor with respect to the handling and collection of outstanding debts. We recently received a packet of information and a money order (enclosed) from you with respect to the above referenced account. We are not accepting these funds. If you are interested in discussing your account, please contact our firm at 404-869-6900. This letter will not prevent this firm from moving forward in the collections process.

IMPORTANT NOTICE

THIS LAW FIRM IS A DEBT COLLECTOR, AND WE ARE TRYING TO COLLECT A DEBT. WE WILL USE ANY INFORMATION YOU GIVE US TO HELP COLLECT THIS DEBT.

Sincerely,

Jon Goldstein
Collections Manager

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**

**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# EXHIBIT E

## TRUST DOCUMENTS AND PROPERTY RECORDS

The documents annexed hereto are true and correct copies of the January 11, 2023 Declaration of Trust, the March 1, 2024 Trust Transfer Grant Deed, and the Certification of Trust. They show the trust holds the res, and that the trust existed prior to the dispute.

Vinson Jermaine Fraley Sr.

Deed Book 16180 Pg 1176
Filed and Recorded Jan-02-2024 02:18pm
2024-0000352

6Deed Book 15841 pg. 2690

Filed and Recorded Dec -28-2020 11: 58pm

2020-0167843 - AMENDED.

Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: McCall: Bondaryl, Grantor/Grantee

1805 Cumberland Valley Place, SE

Smyrna, Georgia 30080

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# CERTIFICATE

Special Deposit
By: Bondaryl McCall, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number:
US owed to: BONDARY MCCALL Living Estate Trust

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Vinson Jermaine

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# *CERTIFICATE OF LIVING ESTATE TRUST*

State of Georgia )

) ss. Acknowledgement

County of Gwinnett )

That, whereas Certificate of Living Estate Trust by individual Private Georgian, American National under "Full Faith and Credit" The United States of America, The State of Georgia, The County of Gwinnett: Fraley: Vinson Jermaine, hereinafter "Affiant," duly affirm, says, and declare that the following facts are true and correct to the best of my knowledge and belief:

1. That, whereas this affidavit is by special deposit for the benefit of VINSON JERMAINE FRALEY , sui juris, never is my appearance *GENERAL* in nature; and
2. That, whereas affiant is over the age of majority, competent and has first- hand knowledge of the facts stated herein; and
3. That all statements made herein are true and correct, admissible as evidence and if called upon as a witness, affiant will certify to their veracity.
4. That, whereas affiant hereby give notice exercising his inherent right to entry to the Union and exit from the Territory.

Statement of the facts

5. That, whereas the name of the Foreign Grantor Trust is: Vinson Jermaine Fraley Living Estate Trust or alternatively, RF 253 921 307 US -01-VJF-01.001 THRU RF 253 921 307 US -99.999.
6. That, whereas the date of the Trust is: January 11, 2023.
7. That, whereas execution date of the Trust instrument is January 11, 2023.
8. That, whereas Grantor does deliver special deposit consisting of twenty-one oz. silver dollars creating the trust.
9. That, whereas the name Grantor of the Trust is: Vinson Jermaine: Fraley (Name per Adult Name Order of Judge Jon Setzer Gwinnett County Court: Case Number: 22-A-10342-9
10. That, whereas the name of each original Trustee is: Vinson Jermaine: Fraley.

Dated: 22th day of December 2023 A.D.
Certificate of Living Estate Trust
Page 2

11. That, whereas the name and address of the Trustee empowered to act under the Trust instrument at the time of execution of this Certificate is:

    Vinson Jermaine Fraley Living Estate Trust
    c/o 3641 Traveler Court, Snellville, Georgia
    United States Minor Outlying Islands - UM

12. That, whereas the Trustee has full dispositive and discretionary powers and is authorized by the instrument to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or personal property, EXCEPT as limited by the following: None.
13. That, whereas any other Trust provisions the undersigned wishes to include None.
14. That, whereas the Trust has not terminated nor been revoked.
15. That, whereas the statements contained in the Certificate of Trust are true and correct and there are no other provisions in the Trust instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.

By: Fraley, Vinson Jermaine
Fraley, Vinson Jermaine , Trustee or Grantor.

Acknowledgement/Jurat

This instrument is acknowledged before me 30th day of December, 2023 A.D., by Fraley, Vinson Jermaine.

M. Lemon

Printed Name M. Lemon

Notary Public, State of Georgia, County of Gwinnett

My Commission Expires: 11-29-2025

M Lemon
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 11/29/2025

If performing notarial act in a county other than the county of commission include Acting in the county of Gwinnett

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Vinson Jermaine

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# Affidavit of GRANTOR/TRUSTEE

State of Georgia )

) ss. Acknowledgement

County of Gwinnett )

That, whereas Affidavit of Grantor/Trustee regarding Certificate of Trust or Trust instrument under "Full Faith and Credit" The United States of America, The State of Georgia, The County of Gwinnett: Fraley: Vinson Jermaine, hereinafter "Affiant," duly affirm, says, and declare that the following facts are true and correct to the best of my knowledge and belief:

1. That, whereas this affidavit is by special deposit for the benefit of VINSON JERMAINE FRALEY, sui juris, never is my appearance *GENERAL* in nature; and
2. That, whereas affiant is over the age of majority, competent and has first- hand knowledge of the facts stated herein; and
3. That all statements made herein are true and correct, admissible as evidence and if called upon as a witness, affiant will certify to their veracity.
4. That, whereas affiant hereby give notice exercising his inherent right to entry to the Union and exit from the Territory.

Statement of the facts

5. That, whereas the Grantor and Trustee named in the Certificate of Trust or Trust instrument to which this Affidavit is attached as amended of the Union Republican State of Georgia at Gwinnett County of The United States of America, non-domestic without the District of Columbia.
6. That, whereas the Certificate of Trust or Trust instrument was executed by an Affiant or another Trustee of the Living Grantor of the Trust and relates to landed estate, chattel, equitable interest of reversionary, remainderman, and resulting in funds, accounts, personal property, securities, interest, rents, profits, and other property listed in its Table of Res and Name in Trust.

Dated: 22th day of December 2023 A.D.
Affidavit of Grantor/ Trustee
Page 2

7. That, whereas the name and address of the Trustee empowered to act under the Trust instrument at the time of execution of this Certificate is:

   VINSON JERMAINE FRALEY Tree
   Vinson Jermaine Fraley Tr
   c/o 3641 Traveler Court, Snellville
   United States Minor Outlying Islands - UM

8. That, whereas the Grantor who has executed that certain instrument, relating to the property described above, between VINSON JERMAINE FRALEY, private American National Georgian, and Vinson Jermaine Fraley Tr and:
   a. Are empowered by the provisions of the Trust to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or financial or electronic or personal property held in trust; and
   b. Are the requisite number of Trustee(s) required by the provisions of the Trust to execute and deliver such an instrument.
9. That, whereas the Trust has not terminated nor been revoked.
10. That, whereas there have been no amendments to the Trust which limits the power of the Trustee(s) to execute and deliver the instrument described in number 5, 6 and 7.
11. That, whereas is not supervised by any Court.
12. That, whereas affiant does not have actual knowledge of any facts indicating the Trust is invalid.

By: Fraley Vinson Jermaine
Fraley, Vinson Jermaine, Trustee or Grantor.

Acknowledgement/Jurat

This instrument is acknowledged before me 30th day of December, 2023 A.D., by Fraley, Vinson Jermaine.

M. Lemon

Printed Name M. Lemon

Notary Public, State of Georgia, County of Gwinnett

My Commission Expires: 11-29-2025

M Lemon
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 11/29/2025

If performing notarial act in a county other than the county of commission include Acting in the county of Gwinnett

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Vinson Jermaine

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# CERTIFICATE OF FOREIGN GRANTOR TRUST

State of Georgia )

) ss. Acknowledgement

County of Gwinnett )

That, whereas CERTIFICATE OF FOREIGN GRANTOR TRUST by individual Private Georgian, American National, under "Full Faith and Credit" The United States of America, The State of Georgia, The County of Gwinnett: Fraley: Vinson Jermaine, hereinafter "Affiant," duly affirm, says, and declare that the following facts are true and correct to the best of my knowledge and belief:

1. That, whereas this affidavit is by special deposit for the benefit of VINSON JERMAINE FRALEY, sui juris, never is my appearance *GENERAL* in nature; and
2. That, whereas affiant is over the age of majority, competent and has first- hand knowledge of the facts stated herein; and
3. That all statements made herein are true and correct, admissible as evidence and if called upon as a witness, affiant will certify to their veracity.
4. That, whereas affiant hereby give notice exercising his inherent right to entry to the Union and exit from the Territory.

Statement of the facts

5. That, whereas the name of the Foreign Grantor Trust is Vinson Jermaine Fraley Trust or alternatively, RF 253 921 307 US -01-VJF-01.001 THRU RF 253 921 307 US -99-TSF-99.999.
6. That, whereas the creation date of the Trust instrument is October 8, 1971.

Deed Book 16180 Pg 1182
Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.



7. That, whereas the execution date of the Trust instrument is January 11th, 2023.
8. That, whereas Grantor does deliver special deposit consisting of twenty-one silver dollars creating the trust.
9. That, whereas the name of each Grantor of the Trust is: Vinson Jermaine Fraley. (Name per Adult Name Order of Judge Jan Setzer, Gwinnett County Court: Case Number: 22-A-10329
10. That, whereas the name of each original Trustee: Vinson Jermaine: Fraley.
11. That, whereas the name and address of the Trustee empowered to act under the Trust instrument at the time of execution of this Certificate is:

Vinson Jermaine: Fraley Tree
Vinson Jermaine Fraley Tr
c/o 3641 Traveler Court, Snellville, Georgia
United States Minor Outlying Islands - UM

12. That, whereas the Trustee has full dispositive and discretionary powers and is authorized by the instrument to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or personal property, EXCEPT as limited by the following: None.
13. That, whereas any other Trust provisions the undersigned wishes to include None.
14. That, whereas the Trust has not terminated nor been revoked.
15. That, whereas the statements contained in the Certificate of Trust are true and correct ant there are no other provisions in the Trust instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.

By: Fraley, Vinson Jermaine
Fraley, Vinson Jermaine , Trustee or Grantor.

Acknowledgement/Jurat

This instrument is acknowledged before me 30th day of December, 2023 A.D., by Fraley, Vinson Jermaine .

M Lemon

Printed Name M. Lemon

Notary Public, State of Georgia, County of Gwinnett

My Commission Expires: 11-29-2025

M Lemon
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 11/29/2025

Deed Book 16190 Pg 3175
Filed and Recorded Apr-01-2024 04:27pm
2024-0015615

Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

6Deed Book 15841 pg. 2690

Filed and Recorded Dec -28-2020 11: 58pm

2020-0167843 - AMENDED.

SPACE ABOVE THIS LINE FOR RECORDER USES

---

Prepared by: McCall: Bondaryl, Grantor/Grantee

1805 Cumberland Valley Place, SE

Smyrna, Georgia 30080

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# C E R T I F I C A T E

Special Deposit
By: Bondaryl McCall, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number:
US owed to: BONDARY MCCALL Living Estate Trust

Deed Book 16190 Pg 3176

Deed Book: 58168 Page: 00809
Filed and Recorded
12/16/2020 12:02:41 PM Pgs: 17
Richard T. Alexander Jr., Clerk of Superior Court
Gwinnett County, Georgia

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Vinson

3641 Travelers Court, Snellville, Georgia 30039

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# CERTIFICATE

Special Deposit
By: Vinson Fraley, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number: RF 253 921 307 US owed to:
VINSON FRALEY Living Estate Trust

# AMEND

SITUATED IN THE 4TH DISTRICT, COUNTY OF GWINNETT, STATE OF GEORGIA:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 336 OF THE 4TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 18, BLOCK A OF INNS BROOK WEST SUBDIVISION, UNIT TWO, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 35, PAGE 206, GWINNETT COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION. TAX ID NO. R4336 110

ADDRESS: 3641 TRAVELERS CT, SNELLVILLE, GA 30039

/S/ Vinson T. Fraley Sr.

______________________
Witness 1

Travis Fraley
Witness 2

State of Georgia )

) ss.

County of Gwinnett )

I have hereunto set my hand and seal of office on this 1 day of March, ~~2023~~ 2024 RP A.D.

Ravi Patel, Notary Public

(Seal)

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA




RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.







Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
B45202769F

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. All Grantor's reversionary interest.
B. All Grantor's remainderman interest.
C. All Grantor's interest arising from his signature.
D. All Grantor's interest arising from absolute deeds, mortgages, and the redemption rights therein.
E. All Grantor's interest arising from the formation of testamentary, resulting, constructive and express trusts.
F. All Grantor's interest in the name of Vinson Jermaine Fraley, or any derivations, or variations.
G. All Grantor's interest in the copyrights, service marks, trademarks, leaseholds, or land patents.

Included herein in full and attached herewith by reference.

3/1/24 _______ [signature] _______
Date Vinson Fraley, Grantor.

3/1/24 _______ [signature] _______
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America**
**State of Georgia** )
**County of** Gwinnett ) s. a.
)

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 2024.

Ravi Patel, Notary Public

Seal
Ravi Pate[signature]
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA




RECORDING/TRANSFER requested by: Vinson Jermaine Fraley, Grantor

WHEN RECORDED MAIL TO:
Vinson Jermaine Fraley Ttee
Vinson Jermaine Fraley Living Estate Trust
3641 Traveler Court
Snellville, Georgia FRD 30038.
The United States of America.




Real Property/Res Number:
RF 253 921 307 US

Registered Warrant/Bond Number(s):
K02005313G

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument, Vinson Jermaine Fraley, upon, for and with lawful valuable consideration tendered below, Acknowledgement ad Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Vinson Jermaine Fraley Living Estate Trust, of the country of Georgia at Gwinnett County. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Vinson Jermaine Fraley, Grantee

The following described the Property/Trust Corpus, Section:

A. 2018 Infiniti QX60 Vin# 5N1DL0MN0JC524582
B. 2022 Toyota Camry Vin# 4T1C11BKXNU053802
C. 2007 Honda Accord Vin# 1HGCM56767A091736 Title# 770083211560016
D. 2005 Chevrolet Avalanche Vin# 3GNEC12205G293519 Title# 774223120108016

Included herein in full and attached herewith by reference.

3/1/24 [signature]
Date Vinson Fraley, Grantor.

3/1/24 [signature]
Date Vinson Fraley, Grantee/Trustee

**Verification and Acknowledgement**

**United States of America** )
**State of Georgia** ) **s. a.**
**County of** Gwinnett )

Before Me, on this day **Fraley: Vinson**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ**, set forth in the *AV1611 English Reformation Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and affirmed before me on this 1 day of March, 20 24.

Ravi Patel, Notary Public

Seal

Ravi Patel
Notary Public

RAVI PATEL
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/17/2026
GWINNETT COUNTY, GEORGIA

# CERTIFICATION OF TRUST

On 05/06/2024 a Revocable Living Trust named VJF NETWORK RVOC LIVING TR was formed by its Settlor.

The authorized TRUSTEE(s) is/are:

Authorized Trustee: Vinson Jermaine Fraley
Address of Trustee: 3641 Travelers Court
Snellville, Georgia [30039]

This Certification of Trust is provided in compliance with section of the Trust which provides:

> "From time to time, third parties may require documentation to verify the existence of this Agreement, or particular provisions of it, such as the name or names of the Trustee or the powers held by the Trustee(s). To protect the confidentiality of this Agreement the Trustee(s) may use an affidavit or a certification of trust that identifies the Trustee(s) and set forth the authority of the Trustee(s) to transact business on behalf of the Trust . . . A third party may rely upon an affidavit or certification of trust that is signed by the Trustee(s) with respect to the representation contained in the affidavit or certification of trust. A third party relying upon an affidavit or certification of trust shall be exonerated from any liability for actions he or she takes or fails to take in reliance upon the representations contained in the affidavit or certification of trust. A third party dealing with the Trustee(s) shall not be required to inquire into the terms of this agreement or the authority of the Trustee(s) . . ."

Pursuant to the section of the Trust Agreement the Trustee has absolute power "To do all such acts, take all such proceedings and exercise all such rights and privileges in the management of the Trust Estate as if he were the absolute owner thereof, including, without limit[ation]:" Power of Sale, Power to Purchase Real, Personal or Intangible Property, Power to Lease, Power to Loan and Invest, Power to Manage Securities, Power to Hold Securities in the Name of a Nominee, Power to Insure, Power to Borrow Money and Hypothecate Trust Assets and Power to Conduct Banking Activities, Open Checking , Saving or Wealth Management Accounts, Establish Trust Accounts, Escrow Accounts, Write check, Notes, Drafts and Negotiable Instruments.

IN WITNESS WHEREOF the Trustee(s) of VJF NETWORK RVOC LIVING TR have/has hereunto set authority by its hand and seal this 22 day of September 2024.

AUTHORIZED TRUSTEE(S): Vinson J. Fraley

THE STATE OF GEORGIA
COUNTY OF DeKalb

BEFORE ME, the undersigned authority, on this day personally appeared, Vinson Jermaine Fraley, Trustee, known to me, or proved to me through a valid form of identification. to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 23rd day of September 2024.

[signature], Notary Public (Seal)

My Commission Expires: Oct. 21, 2024

KIM L GLASGO NOTARY PUBLIC GEORGIA EXPIRES Oct. 24, 2024

Deed Book 16180 Pg 1190
Filed and Recorded Jan-02-2024 02:15pm
2024-0000354

Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

6Deed Book 15841 pg. 2690

Filed and Recorded Dec -28-2020 11: 58pm

2020-0167843 - AMENDED.

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: McCall: Bondaryl, Grantor/Grantee
1805 Cumberland Valley Place, SE
Smyrna, Georgia 30080

A 'SECURITY' [15 U.S.C. et seq.]
Non-Negotiable - Tracer ***Flag***
NOT A POINT OF LAW

# CERTIFICATE

Special Deposit
By: Bondaryl McCall, Grantee
without recourse/without warranty for collection
All Rights, Titles and Interest are reserved under account Number:
US owed to: BONDARY MCCALL Living Estate Trust

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Natasha Brown

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# Affidavit of GRANTOR/TRUSTEE

State of Georgia )

) ss. Acknowledgement

County of Gwinnett )

That, whereas Affidavit of Grantor/Trustee regarding Certificate of Trust or Trust instrument under "Full Faith and Credit" The United States of America, The State of Georgia, The County of Gwinnett: Fraley: Natasha Brown, hereinafter "Affiant," duly affirm, says, and declare that the following facts are true and correct to the best of my knowledge and belief:

1. That, whereas this affidavit is by special deposit for the benefit of NATASHA BROWN FRALEY, sui juris, never is my appearance *GENERAL* in nature; and
2. That, whereas affiant is over the age of majority, competent and has first- hand knowledge of the facts stated herein; and
3. That all statements made herein are true and correct, admissible as evidence and if called upon as a witness, affiant will certify to their veracity.
4. That, whereas affiant hereby give notice exercising his inherent right to entry to the Union and exit from the Territory.

Statement of the facts

5. That, whereas the Grantor and Trustee named in the Certificate of Trust or Trust instrument to which this Affidavit is attached as amended of the Union Republican State of Georgia at Gwinnett County of The United States of America, non-domestic without the District of Columbia.
6. That, whereas the Certificate of Trust or Trust instrument was executed by an Affiant or another Trustee of the Living Grantor of the Trust and relates to landed estate, chattel, equitable interest of reversionary, remainderman, and resulting in funds, accounts, personal property, securities, interest, rents, profits, and other property listed in its Table of Res and Name in Trust.

Dated: 22[th] day of December 2023 A.D.
Affidavit of Grantor/ Trustee
Page 2

7. That, whereas the name and address of the Trustee empowered to act under the Trust instrument at the time of execution of this Certificate is:

   NATASHA BROWN FRALEY Tree
   Natasha Brown Fraley Tr
   c/o 3641 Traveler Court, Snellville
   United States Minor Outlying Islands - UM

8. That, whereas the Grantor who has executed that certain instrument, relating to the property described above, between NATASHA BROWN FRALEY, private American National Georgian, and Natasha Brown Fraley Tr and:
   a. Are empowered by the provisions of the Trust to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or financial or electronic or personal property held in trust; and
   b. Are the requisite number of Trustee(s) required by the provisions of the Trust to execute and deliver such an instrument.
9. That, whereas the Trust has not terminated nor been revoked.
10. That, whereas there have been no amendments to the Trust which limits the power of the Trustee(s) to execute and deliver the instrument described in number 5, 6 and 7.
11. That, whereas is not supervised by any Court.
12. That, whereas affiant does not have actual knowledge of any facts indicating the Trust is invalid.

By: [signature]
Fraley, Natasha Brown, Trustee or Grantor.

Acknowledgement/Jurat

This instrument is acknowledged before me 30th day of December, 2023 A.D., by Fraley, Natasha Brown.

[signature]

Printed Name M. Lemon

Notary Public, State of Georgia, County of Gwinnett

My Commission Expires: 11-29-2025

M Lemon
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 11/29/2025

If performing notarial act in a county other than the county of commission include Acting in the county of Gwinnett

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Natasha Brown

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# CERTIFICATE OF FOREIGN GRANTOR TRUST

State of Georgia )

) ss. Acknowledgement

County of Gwinnett )

That, whereas CERTIFICATE OF FOREIGN GRANTOR TRUST by individual Private Georgian, American National, under "Full Faith and Credit" The United States of America, The State of Georgia, The County of Gwinnett: Fraley: Natasha Brown, hereinafter "Affiant," duly affirm, says, and declare that the following facts are true and correct to the best of my knowledge and belief:

1. That, whereas this affidavit is by special deposit for the benefit of NATASHA BROWN FRALEY, sui juris, never is my appearance *GENERAL* in nature; and
2. That, whereas affiant is over the age of majority, competent and has first- hand knowledge of the facts stated herein; and
3. That all statements made herein are true and correct, admissible as evidence and if called upon as a witness, affiant will certify to their veracity.
4. That, whereas affiant hereby give notice exercising his inherent right to entry to the Union and exit from the Territory.

Statement of the facts

5. That, whereas the name of the Foreign Grantor Trust is Natasha Brown Fraley Trust or alternatively, RF 253 921 298 US -01-VJF-01.001 THRU RF 253 921 298 US -99-TSF-99.999.
6. That, whereas the creation date of the Trust instrument is January 12, 1974.

Dated: 22[th] day of December 2023 A.D.
Certificate of Foreign Grantor Trust – NATASHA BROWN FRALEY TRUST
Page 2

7. That, whereas the execution date of the Trust instrument is January 11[th], 2023.
8. That, whereas Grantor does deliver special deposit consisting of twenty-one silver dollars creating the trust.
9. That, whereas the name of each Grantor of the Trust is: Natasha Brown Fraley. (Name per Adult Name Order of Judge Tadia Whitner, Gwinnett County Court: Case Number: 22-A-10340-7
10. That, whereas the name of each original Trustee: Natasha Brown: Fraley.
11. That, whereas the name and address of the Trustee empowered to act under the Trust instrument at the time of execution of this Certificate is:

Natasha Brown: Fraley Tree
Natasha Brown Fraley Tr
c/o 3641 Traveler Court, Snellville, Georgia
United States Minor Outlying Islands - UM

12. That, whereas the Trustee has full dispositive and discretionary powers and is authorized by the instrument to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or personal property, EXCEPT as limited by the following: None.
13. That, whereas any other Trust provisions the undersigned wishes to include None.
14. That, whereas the Trust has not terminated nor been revoked.
15. That, whereas the statements contained in the Certificate of Trust are true and correct ant there are no other provisions in the Trust instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.

By: Fraley, Natasha Brown
Fraley, Natasha Brown, Trustee or Grantor.

Acknowledgement/Jurat

This instrument is acknowledged before me 30th day of December, 2023 A.D., by Fraley, Natasha Brown

M. Lemon

Printed Name M. Lemon

Notary Public, State of Georgia, County of Gwinnett

My Commission Expires: 11-29-2025

M Lemon
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 11/29/2025

Deed Book 16180 Pg 1195

SPACE ABOVE THIS LINE FOR RECORDER USES

Prepared by: Fraley: Natasha Brown

A 'SECURITY' [15 U.S.C. et seq.]

Non-Negotiable - Tracer ***Flag***

NOT A POINT OF LAW

# CERTIFICATE OF LIVING ESTATE TRUST

State of Georgia )

County of Gwinnett ) ss. Acknowledgement

)

That, whereas Certificate of Living Estate Trust by individual Private Georgian, American National under "Full Faith and Credit" The United States of America, The State of Georgia, The County of Gwinnett: Fraley: Natasha Brown, hereinafter "Affiant," duly affirm, says, and declare that the following facts are true and correct to the best of my knowledge and belief:

1. That, whereas this affidavit is by special deposit for the benefit of NATASHA BROWN FRALEY, sui juris, never is my appearance *GENERAL* in nature; and
2. That, whereas affiant is over the age of majority, competent and has first- hand knowledge of the facts stated herein; and
3. That all statements made herein are true and correct, admissible as evidence and if called upon as a witness, affiant will certify to their veracity.
4. That, whereas affiant hereby give notice exercising his inherent right to entry to the Union and exit from the Territory.

Statement of the facts

5. That, whereas the name of the Foreign Grantor Trust is: Natasha Brown Fraley Living Estate Trust or alternatively, RF 253 921 298 US -01-VJF-01.001 THRU RF 253 921 298 US -99.999.
6. That, whereas the date of the Trust is: January 11, 2023.
7. That, whereas execution date of the Trust instrument is January 11, 2023.
8. That, whereas Grantor does deliver special deposit consisting of twenty-one oz. silver dollars creating the trust.
9. That, whereas the name Grantor of the Trust is: Natasha Brown: Fraley (Name per Adult Name Order of Judge Tadia Whitner, Gwinnett County Court: Case Number: 22-A-10340-7
10. That, whereas the name of each original Trustee is: Natasha Brown: Fraley.

Deed Book 16180 Pg 1196
Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

Dated: 22nd day of December 2023 A.D.
Certificate of Living Estate Trust
Page 2

11. That, whereas the name and address of the Trustee empowered to act under the Trust instrument at the time of execution of this Certificate is:

    Natasha Brown Fraley Living Estate Trust
    c/o 3641 Traveler Court, Snellville, Georgia
    United States Minor Outlying Islands - UM

12. That, whereas the Trustee has full dispositive and discretionary powers and is authorized by the instrument to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or personal property, EXCEPT as limited by the following: None.
13. That, whereas any other Trust provisions the undersigned wishes to include None.
14. That, whereas the Trust has not terminated nor been revoked.
15. That, whereas the statements contained in the Certificate of Trust are true and correct and there are no other provisions in the Trust instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.

By: Fraley Natasha Brown
Fraley, Natasha Brown, Trustee or Grantor.

Acknowledgement/Jurat

This instrument is acknowledged before me 30th day of December, 2023 A.D., by Fraley, Natasha Brown.

M. Lemon

Printed Name M. Lemon

Notary Public, State of Georgia, County of Gwinnett

My Commission Expires: 11-29-2025

M Lemon
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 11/29/2025

If performing notarial act in a county other than the county of commission include Acting in the county of Gwinnett

# CERTIFICATION OF TRUST

On 05/06/2024 a Revocable Living Trust named NBF NETWORK RVOC LIVING TR was formed by its Settlor.

The authorized TRUSTEE(s) is/are:

Authorized Trustee: Natasha Brown Fraley
Address of Trustee: 3641 Travelers Court
Snellville, Georgia [30039]

This Certification of Trust is provided in compliance with section of the Trust which provides:

> "From time to time, third parties may require documentation to verify the existence of this Agreement, or particular provisions of it, such as the name or names of the Trustee or the powers held by the Trustee(s). To protect the confidentiality of this Agreement the Trustee(s) may use an affidavit or a certification of trust that identifies the Trustee(s) and set forth the authority of the Trustee(s) to transact business on behalf of the Trust . . . A third party may rely upon an affidavit or certification of trust that is signed by the Trustee(s) with respect to the representation contained in the affidavit or certification of trust. A third party relying upon an affidavit or certification of trust shall be exonerated from any liability for actions he or she takes or fails to take in reliance upon the representations contained in the affidavit or certification of trust. A third party dealing with the Trustee(s) shall not be required to inquire into the terms of this agreement or the authority of the Trustee(s) . . ."

Pursuant to the section of the Trust Agreement the Trustee has absolute power "To do all such acts, take all such proceedings and exercise all such rights and privileges in the management of the Trust Estate as if he were the absolute owner thereof, including, without limit[ation]:" Power of Sale, Power to Purchase Real, Personal or Intangible Property, Power to Lease, Power to Loan and Invest, Power to Manage Securities, Power to Hold Securities in the Name of a Nominee, Power to Insure, Power to Borrow Money and Hypothecate Trust Assets and Power to Conduct Banking Activities, Open Checking , Saving or Wealth Management Accounts, Establish Trust Accounts, Escrow Accounts, Write check, Notes, Drafts and Negotiable Instruments.

IN WITNESS WHEREOF the Trustee(s) of NBF NETWORK RVOC LIVING TR have/has hereunto set authority by its hand and seal this 22nd day of September 2024.

AUTHORIZED TRUSTEE(S): Natasha Brown Fraley

THE STATE OF GEORGIA
COUNTY OF DeKalb

BEFORE ME, the undersigned authority, on this day personally appeared, Natasha Brown Fraley, Trustee, known to me, or proved to me through a valid form of identification, to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 23rd day of September 2024.

Kim L Glasgo, Notary Public

My Commission Expires: Oct. 21, 2024

(Seal)

KIM L GLASGO
NOTARY
EXPIRES
GEORGIA
Oct. 21, 2024
PUBLIC
DEKALB COUNTY

**EXHIBIT E-1**

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**
**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# AFFIDAVIT CLARIFYING THE DATES OF THE VJF NETWORK REVOCABLE LIVING TRUST

I, Vinson Jermaine Fraley Sr., declare under penalty of perjury that the following is true and correct:

1. On January 11, 2023, I executed a Declaration of Trust, creating the VJF Network Revocable Living Trust (also referred to as the Vinson Jermaine Fraley Living Estate Trust). This is the original instrument and the root of my trust.

2. The Notary Public acknowledged my signature on December 30, 2023. The delay in notarization does not alter the date of creation or my intent, which was manifested on January 11, 2023.

3. On March 1, 2024, I conveyed my interest in the subject property to the said Trust by Trust Transfer Grant Deed. This conveyance was valid because the Trust was already in existence.

4. On May 6, 2024, I executed a Certification of Trust. This document was not the creation of a new trust, but rather a formal certification of my existing trust, provided for the benefit of third parties who required proof of the trust's existence and the trustee's authority.

5. Any later certification, including the Certification of Trust of September 23, 2024, is a memorial of the original January 11, 2023 trust, not a replacement or a separate entity.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 15 day of September, 2026.

______________________________
Vinson Jermaine Fraley Sr.
(Pro Se, In Propria Persona)
Without Prejudice - All Rights Reserved

**NOTARY ACKNOWLEDGMENT**

State of Georgia )
County of DeKalb )

Before me, the undersigned Notary Public, personally appeared Vinson Jermaine Fraley Sr., known to me or proved to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes therein expressed.

______________________________
Notary Public
My commission expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

**EXHIBIT E-2**

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**
**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

## AFFIDAVIT CLARIFYING THE DATES OF THE NBF NETWORK REVOCABLE LIVING TRUST

I, Natasha Tamara Brown Fraley, declare under penalty of perjury that the following is true and correct:

1. On January 11, 2023, I executed a Certificate of Living Estate Trust, creating the Natasha Brown Fraley Living Estate Trust (also referred to as the NBF Network Revocable Living Trust). This is the original instrument and the root of my trust.

2. The Notary Public acknowledged my signature on December 30, 2023. The delay in notarization does not alter the date of creation or my intent, which was manifested on January 11, 2023.

3. On March 1, 2024, I conveyed my interest in the subject property to the said Trust by Trust Transfer Grant Deed. This conveyance was valid because the Trust was already in existence.

4. On May 6, 2024, I executed a Certification of Trust. This document was not the creation of a new trust, but rather a formal certification of my existing trust, provided for the benefit of third parties who required proof of the trust's existence and the trustee's authority.

5. Any later certification, including the Certification of Trust of September 23, 2024, is a memorial of the original January 11, 2023 trust, not a replacement or a separate entity.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 15 day of September, 2026.

[signature]
Natasha Tamara Brown Fraley
(Pro Se, In Propria Persona)
Without Prejudice - All Rights Reserved

**NOTARY ACKNOWLEDGMENT**

State of Georgia )
County of DeKalb )

Before me, the undersigned Notary Public, personally appeared Natasha Tamara Brown Fraley, known to me or proved to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes therein expressed.

[signature]
Notary Public
My commission expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**
**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# EXHIBIT F
## NAME CHANGE ORDERS

The documents annexed hereto are true and correct copies of the Name Change Orders issued by the Superior Court of Gwinnett County, Georgia.

F-1: Final Order Changing Name of Adult for Vinson Jermaine Fraley Sr., issued March 10, 2023, File No. 22-A-10342-9.

F-2: Order changing the name of Natasha Tamara Brown to Natasha Tamara Brown Fraley, issued April 13, 2023, File No. 22-A-10340-7.

These Orders establish the true names of the orators and make certain their identity, notwithstanding any spelling variations used by the creditor.

Vinson Jermaine Fraley Sr.
(Pro Se, In Propria Persona)
Without Prejudice - All Rights Reserved

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

# EXEMPLIFICATION

I, Julia Thao , Deputy Clerk for Superior Court of Gwinnett County, do hereby certify that I have compared the foregoing copy of the Judgment in Civil Action File: 22-A-10342-9 In re Fraley, with the original record thereof, now remaining in this office, and the same is a correct transcript therefrom, and of the whole of such original record, and that said Court is a Court of Record, IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this the 19th day of April , 2023.

Julia Thao
Deputy Clerk, Gwinnett Superior Court

GEORGIA, GWINNETT COUNTY:

I, Tracey D Mason , do certify that I am Judge of the Superior Court of Gwinnett County, Georgia and that I am the presiding Judge of said Court and that the above attestation subscribed by Julia Thao , Deputy Clerk of said Court is sufficient and in due form of law, and that his/her signature thereto is genuine.

Witness my hand and official signature, this the 21 day of April, 2023.

Judge, Superior Court Gwinnett County

GEORGIA, GWINNETT COUNTY:

I, Julia Thao, Deputy Clerk of Superior Court for said County, hereby certify that the above attestation of Honorable Tracey D Mason, Judge of the Superior Court of Gwinnett County, Georgia, is his/her genuine signature, and that he/she is Judge of said Court, and said certificate is in due form of law.

Given under my hand and seal of office this the 21st day of April, 2023.

Julia Thao
Deputy Clerk, Gwinnett Superior Court

E-FILED IN OFFICE - J
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-10342-9
3/10/2023 11:03 AM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: THE NAME CHANGE OF | : | |
| | : | CIVIL ACTION FILE NO 22-A-10342-9 |
| Venson Jermaine Fraley | : | |

**FINAL ORDER CHANGING NAME OF ADULT**

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appearing that notice has been published pursuant to law and that no objections have been timely filed, and it further appearing that sufficient grounds exist for the granting of the relief prayed for in said Petition, and that no reason appears showing why said prayers should not be granted,

IT IS HEREBY ORDERED

(a) That the name of the Petitioner, currently known as Venson Jermaine Fraley is hereby changed to Vinson Jermaine Fraley, Sr. Petitioner is hereby authorized to assume the name of Vinson Jermaine Fraley, Sr. in place and stead of his/her present name.

(b) That such name change shall not authorize the Petitioner to fraudulently deprive others of any legal rights under the law.

SO ORDERED this 10th day of March, 2023.

[signature]
~~TRACEY D. MASON~~, JUDGE
GWINNETT COUNTY SUPERIOR COURT
Jon Setzer, Judge
sitting by designation

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
23 APR 14 PM 1:36
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE:

**NATASHA TAMARA BROWN,**

CIVIL ACTION
FILE NO. 22-A-10340-7

## ORDER

The above and foregoing Petition to Change Name coming on to be heard pursuant to law, and it appearing that notice has been published pursuant to law and that no objections have been timely filed, and it further appearing that sufficient grounds exist for the granting of the relief prayed for in said Petition and that no reason appears showing why said prayers should not be granted, IT IS HEREBY ORDERED

(a) That the name of **NATASHA TAMARA BROWN** Petitioner, be changed to **NATASHA TAMARA BROWN FRALEY**.

(b) That such name change shall not operate to authorize Petitioner to fraudulently deprive others of any legal rights under the law.

SO ORDERED, this 13th day of April, 2023.

Judge Tadia Whitner
Superior Court of Gwinnett County

Georgia, Gwinnett County
This is to certify this is a true and correct copy of Order as the same appears of record in Gwinnett County Superior/State Court.
Given under my official signature and seal of the Court this 14 day of April 2023.
Deputy Clerk Superior/State Court, Gwinnett County, Georgia

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**
**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# EXHIBIT G

## JOINT AFFIDAVIT OF CLARIFICATION AND RETRACTION OF COMMERCIAL FICTIONS

The document annexed hereto is a true and correct copy of a Joint Affidavit, signed and sworn by both Vinson Jermaine Fraley Sr. and Natasha Tamara Brown Fraley.

In this affidavit, the orators retract, rescind, and strike all previous commercial fictions and terminologies ("Accepted for Value," "Return for Discharge," and UCC references) used in correspondence with the creditor over the past eighteen months. They declare their true intent has always been to seek a fair resolution of the debt and to invoke the protection of this Court of Conscience.

_______________________________
Vinson Jermaine Fraley Sr.
(Pro Se, In Propria Persona)
Without Prejudice - All Rights Reserved

**IN THE COURT OF CONSCIENCE FOR THE EQUITY FATHERS**
**IN THE MATTER OF THE VEXATIOUS SUIT OF CINCH AUTO FINANCE**

# JOINT AFFIDAVIT OF CLARIFICATION AND RETRACTION OF COMMERCIAL FICTIONS

WE, Vinson Jermaine Fraley Sr. and Natasha Tamara Brown Fraley, declare under penalty of perjury that the following is true and correct:

1. Over the course of approximately eighteen (18) months, we engaged in correspondence with The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance and their attorneys, Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
2. In some of those correspondences, we made handwritten notations and wrote words such as "Accepted for Value," "Return for Discharge," and references to "UCC" articles and sections.
3. We now realize that these terms are fictions of a modern commercial system. They are not the language of this Court of Conscience. They have served only to cloud our true intent and create confusion.
4. We hereby retract, rescind, and strike all such commercial fictions from the record of this dispute. Our true intent has always been to seek a fair and just resolution of the debt, to protect Natasha as a surety from double vexation, and to invoke the protection of this Court of Conscience.
5. We ask the Chancellor to look past our past errors in terminology and to look only at the truth: that the creditor took the vehicle, sold it, and now seeks a contradictory and unjust deficiency from us.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information, and belief.

Executed on this 15 day of September, 2026.

[signature]
Vinson Jermaine Fraley Sr.

[signature]
Natasha Tamara Brown Fraley

## NOTARY ACKNOWLEDGMENT

State of Georgia )
County of DeKalb )

Before me, the undersigned Notary Public, personally appeared Vinson Jermaine Fraley Sr. and Natasha Tamara Brown Fraley, known to me or proved to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes therein expressed.

Dennis W

Notary Public

My commission expires: 11/17/2029

DENNIS WONNUM
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 11/17/2029