FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 SEP 29 A 8:33
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

**In re:** VINSON JERMAINE FRALEY SR., Debtor.

**Case No. 24-53705-JRS**

**Chapter 7**

# EMERGENCY MOTION FOR EXPEDITED HEARING ON EMERGENCY BILL OF INJUNCTION

**TO THE HONORABLE JAMES R. SACCA, UNITED STATES BANKRUPTCY JUDGE:**

COME NOW Vinson Jermaine Fraley Sr., and Natasha Tamara Brown Fraley, a surety, who respectfully move this Court for an expedited hearing and show the following:

**1.** Your orator has filed an Emergency Bill of Injunction in this Court, praying for a shield against a State Court action that seeks to vex your orator and his wife, a surety.

**2.** The State Court is attempting to proceed against your orator and his wife before this Court has ruled on the Emergency Bill of Injunction.

**3.** Your oratrix, Natasha Tamara Brown Fraley, is a surety. The principal debt is already under this Court's hand. Equity will not suffer the accessory to be vexed while the principal is pending.

**4.** Your orator has not yet received a ruling from this Court. Your orator prays that this Court hear the Emergency Bill of Injunction with all urgency and issue its shield to protect the surety from double vexation.

**WHEREFORE,** the movants respectfully request that this Court:

**(a)** Hold an immediate hearing on the Emergency Bill of Injunction;

**(b)** Extend its protection to Natasha Tamara Brown Fraley, a surety;

**(c)** Stay the State Court from proceeding against your orators until this Court rules;

**(d)** Award such other and further relief as equity and good conscience may require.

Respectfully submitted this 29 day of September, 2026.

**Vinson Jermaine Fraley Sr.**

(Pro Se, In Propria Persona)

3641 Travelers Court, Snellville, GA 30039

Without Prejudice • All Rights Reserved

---

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Emergency Motion for Expedited Hearing was served upon The Credit Union Loan Source, LLC d/b/a Cinch Auto Finance and Lefkoff, Rubin, Gleason, Russo & Smith, P.C., by Certified Mail on this 29 day of September, 2026.

**Vinson Jermaine Fraley Sr.**