**IT IS ORDERED as set forth below:**

**Date: September 29, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | Case No.: 24-53705-JRS |
| | } | |
| VINSON JERMAINE FRALEY, SR., | } | |
| | } | Chapter 7 |
| Debtor. | } | |

**ORDER GRANTING, IN PART, AND DENYING, IN PART DEBTOR'S REQUEST TO FILE EMERGENCY BILL OF INJUNCTION (DOC. 135)**

On May 15, 2024, the Court entered an Order (the "Order") (Doc. 35) modifying the automatic stay to the extent necessary to allow Movant to recover and dispose of that certain 2018 Infiniti QX60 (the "Collateral") in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of The Credit Loan Source, LLC d/b/a Cinch Auto Finance (the "Creditor"), and to remit to the Trustee any remaining sale proceeds. The Order further provided that Creditor was authorized to proceed with collection under nonbankruptcy law against the nonfiling codebtor spouse if the disposition of the Collateral resulted in a deficiency or, alternatively, to amend its proof of claim filed in this case, subject to objection. On September

17, 2026, Debtor filed a Request to File an Emergency Bill of added Debtor (the "Motion") (Doc. 135) as a defendant in that certain state court action 25-C-08962-S3 pending in the State Court of Gwinnett County, Georgia, seeking collection of a post-auction sale deficiency claim, after the petition date, and without first obtaining relief from the automatic stay. In the Motion, Debtor asked the Court to issue a Writ of Prohibition restraining Creditor from taking any judgment against himself or his codebtor spouse in the state court action. It is hereby

ORDERED that the Motion is GRANTED, IN PART, and Creditor shall dismiss immediately any deficiency collection action filed against Debtor in the State Court of Gwinnett County, Georgia (or any other state court) resulting from the repossession and sale of the Collateral., and it is

FURTHER ORDERED that the Motion is DENIED, IN PART, and Creditor may proceed with any deficiency collection action filed against the nonfiling codebtor spouse in the State Court of Gwinnett County, Georgia (or any other state court) resulting from the repossession and sale of the Collateral

The Clerk of Court is directed to serve a copy of this Order on the Debtor, counsel for Creditor and the Chapter 7 Trustee.

[END OF DOCUMENT]